## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FRANWELL, INC.,

        PLAINTIFF,

V.                                   CASE NO.:

BIO-TECH MEDICAL SOFTWARE, INC.
D/B/A BIOTRACKTHC,
STEVEN SIEGEL, AND PATRICK VO,

        DEFENDANTS.

_____/

## VERIFIED COMPLAINT
## FOR INJUNCTIVE RELIEF AND DAMAGES

Plaintiff, Franwell, Inc. *("Franwell")*, by and through its undersigned counsel, sues Defendants, Bio-Tech Medical Software, Inc. d/b/a BioTrackTHC *("BioTrackTHC")*, Steven Siegel *("Siegel")*, and Patrick Vo *("Vo")* and alleges:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction for breach of the Lanham Act and unfair competition cause of actions pursuant to 28 U.S. C. § 1331 and 1338(a) and (b), and pendent jurisdiction over the Florida statutory claim.

2.    Venue is proper pursuant to 28 U.S.C. 1391.

## GENERAL ALLEGATIONS

3.    Plaintiff Franwell is a Florida corporation which conducts business throughout the United States and certain countries outside the United States.

4.      Defendant BioTrackTHC is a Florida corporation which conducts business throughout the United States and certain countries outside the United States.

5.      BioTrackTHC was organized on January 31, 2007 under the name Bio-Tech Medical Software, Inc., and filed a Florida fictitious name registration on September 23, 2013 as the owner of the fictitious name BioTrackTHC.

6.      Although Defendant BioTrackTHC often refers to BioTrackTHC as a "division" of such Defendant, there is no separate incorporation or other separate entity organization that would make BioTrackTHC an entity separate from Bio-Tech Medical Software, Inc. itself or any portion thereof.  *(All references herein to **"BioTrackTHC"** mean Defendant Bio-Tech Medical Software, Inc.).*

7.      Defendant Siegel is the Chairman of the Board of BioTrackTHC, and BioTrackTHC generally refers to him in press releases as its Chief Executive Officer, however in certain press releases and other documents prepared by BioTrackTHC, BioTrackTHC has referred to Siegel and Defendant Vo as "Co-Chief Executive Officers."

8.      Defendant Vo has referred to himself as the Co-Chief Executive Officer of BioTrackTHC, although he generally refers to himself as the Chief Operating Officer, and the Chief Financial Officer of BioTrackTHC, which is how he is generally referred to in BioTrackTHC press releases.

9.      Plaintiff, Franwell is engaged in the development, implementation, marketing, and sale of computer software and radio frequency identification *("RFID")* systems throughout the world, with its primary focus on tracking and tracing a wide range of tangible items including legalized marijuana, fresh food, pharmaceuticals, agricultural based supply chain items, air cargo, and various other tangible property.

10.     Founded in Plant City, Florida in 1993, for over 21 years Franwell has been engaged in tracking the supply chain of perishable foods, pharmaceuticals, and other sensitive products that require special handling, temperature monitoring, added security, prevention of theft and counterfeiting, and a reliable methods of tracking and tracing.

11.     On May 12, 2011, Franwell submitted a written response to a Request For Proposal (*"RFP"*) from the State of Colorado Department of Revenue *(the "Colorado DOR")* by its Division of Finance and Procurement *(the "Colorado DFP")* for a Medical Marijuana Inventory Tracking System *(also referred to as a "seed-to-sale tracking system")* to be the subject of a competitive contract award by the Colorado DFP on behalf of the Colorado DOR's Medical Marijuana Enforcement Division *(the "Colorado MED")* for its desired marijuana industry registration and tracking system in Colorado *(the "Colorado Contract")*.

12.     The RFP was initially issued on March 29, 2011 followed by a revision issued on April 13, 2011.

13.     In addition to the written response to the RFP, the competition for the Colorado Contract included oral in-person presentations by the competing vendors to the Colorado MED.

14.     Colorado and several other states and countries which have various degrees of legalized marijuana currently use the phrase *"seed-to-sale tracking"* to refer to their systems of monitoring and tracking **(a)** marijuana from its cultivation through its subsequent processing into various product forms, and the sale thereof, and **(b)** the activities of industry participants engaged in that production, distribution, and *(with respect to medical marijuana)* the prescription and delivery of the various marijuana products.

3

**15.**     Such extensive tracking, registration, and monitoring is peculiar to government regulators.

**16.**     The internal record keeping of industry participants of their own marijuana inventories and their own sales data is substantially different from the macro seed-to-sale tracking systems of government entities engaged in the regulation of the legalized marijuana industry *(the "regulated marijuana market")*.

**17.**     Franwell's proposed seed-to-sale tracking system for Colorado included a combination of RFID and computer software programs to track the legalized marijuana plants and products in that state and to register and monitor persons authorized to engage in the legalized marijuana industry in Colorado.

**18.**     Franwell was awarded the Colorado Contract, which was made effective on August 25, 2011.

**19.**     The Colorado Contract was amended several times after it was initially signed by the parties; and the word "Medical" was removed from the MED's full name after Colorado amended its medical marijuana statute to permit the growing and sale of recreational marijuana in that state.

**20.**     The Colorado Contract awarded to Franwell in August 2011 was the first seed-to-sale tracking contract awarded by a governmental body within the United States, and Franwell's implementation of that system in Colorado was the first such tracking system to be implemented within the United States.

**21.**      Franwell's seed-to-sale tracking system for Colorado initially was referred to by the acronym *"MITS"* or *"mits" (used in both upper and lower case letters)*, as a short form reference to the Colorado marijuana inventory tracking system.

22.     The MITS or mits acronym was subsequently changed to the acronym *"**METRC**"* or *"**metrc**" (also used in both uppercase and lowercase letters)* as a short form reference to Colorado's "marijuana enforcement tracking and reporting compliance."

23.     Such seed-to-sale tracking of marijuana on behalf of governmental regulators enables such regulators to: **(a)** protect against diversion of the plants and the processed products, **(b)** provide oversight on the charging and collection of taxes as the plants and the processed products are the subject of taxable transfers, **(c)** help assure that medical marijuana is being dispensed to permissible purchasers, and **(d)** promote health protection by providing a network of shared data about the plant and its life cycle so that all tainted plants are quickly and efficiently be removed from the supply chain.

24.     The regulated marijuana market's seed-to-sale tracking concept is recognized to include registration systems for growers, processors, and dispensers of legalized marijuana, consultants providing guidance to legalized marijuana industry participants, physicians prescribing medical marijuana, caregivers purchasing medical marijuana for patients, and patients permitted to use medical marijuana.

25.     The METRC system in Colorado is and has always been administered by Franwell.

26.     In the METRC System, a single tag, including both a bar code and an RFID tag, is placed on each new legally authorized marijuana plant to track the plant's growth and subsequent processing, followed by another tagging of the processed marijuana product through its distribution and final sale.

27.     The information obtained from the RFID bar code on the marijuana plants and product packages is transmitted electronically *(wirelessly)* to a remote computer server where

the information is integrated into Colorado's existing information technology structure. This enables the Colorado MED to electronically follow the legal marijuana supply chain from licensed growers to licensed dispensaries to medical and recreational purchasers.

28.     At this time, twenty-three states in the United States and the District of Columbia have enacted laws to legalize some degree of medical marijuana, resulting in a substantial and increasing demand over the past four years for oversight technology to ease the burden of tracking marijuana for proper distribution, consumption, and accountability.

29.     In contrast to Franwell, BioTrackTHC offers and sells its software programs to marijuana businesses, including growers, dispensers, and other service providers on a micro basis, in addition to offering them to government agencies for implementation on a macro basis.

30.     Franwell has limited its offers of marijuana related services and products to government agencies regulating multitudes of industry participants in the macro market, and any Franwell offers and sales of such services and products to persons other than government agencies are made only as integral parts of the existing or expected contract terms with such government agencies.

31.     Franwell, BioTrackTHC, and other technology system providers are engaged in vigorous competition in the regulated marijuana market for the awarding of government contracts to develop technology systems to track and trace legalized medical and recreational marijuana from its cultivation by a vast array of growers through its processing and sale in its various product forms by large numbers of processors and dispensers.

32.     Government regulators and procurement officers in states within the regulated marijuana market are undertaking new tasks in a new legalized marijuana industry in the

selection, development, and implementation of each such state's macro "seed-to-sale tracking" system, involving the registration, monitoring, and other regulation of the multitude of industry participants in those states.

33.     In contrast to such regulatory macro systems, the industry participants who engage in multiple phases of production and distribution typically use micro inventory control systems and point of sale *("POS")* systems to track their own production and distribution.

34.     BioTrackTHC's self-proclaimed achievements and experience in "seed-to-sale tracking" are based substantially upon its software development for such inventory control and POS systems and other micro tracking software.

35.     The phrase "seed-to-sale tracking" being used by BioTrackTHC means something distinctly different to government regulators and procurement officers than BioTrackTHC's use of the phrase to refer to micro tracking systems.

36.     The concept of "seed-to-sale tracking" to a government procurement official is generally understood to refer to an industry-wide form of tracking on a macro level, to prevent diversion, to account for taxable transactions, and to protect public health.

37.     Information concerning the capabilities and achievements of the competing vendors that is provided to and obtained by government procurement officials who purchase of seed-to-sale tracking systems is a vital aspect of their decision making process.

38.     Such information is provided to those officials directly in competitive responses to RFPs, interviews, and other oral presentations by the competing technology providers.

**39.** Such information also is provided to and retrieved by those officials indirectly by the providers' **(a)** websites and other Internet postings, **(b)** press releases, **(c)** YouTube audio-videos, **(d)** televised and radio interviews *(of their executives)*, and **(e)** other publicity efforts of various forms.

**40.** Substantially through indirect communications with government procurement officials, BioTrackTHC has distorted the information it has provided by claiming experience, achievements, and a status that are false, confusing and misleading.

**41.** In such indirect communications, BioTrackTHC has treated the software it developed for industry participants to use in their own business on a micro basis as "seed-to-sale tracking" applicable to government regulatory programs intended to monitor a multitude of industry participants.

**42.** The following such statements include those in its press releases, broadcasts, interviews, and website, which make false, confusing, and misleading claims that BioTrackTHC:

**(a)** released *"the World's First Official Seed-To-Sale Traceability System API"* [in a November 19, 2013 PRNewswire release];

**(b)** enabled Washington State's *"oversight and enforcement agency to be the first in the world to track marijuana through the entire supply chain from seed-to-sale."* [in a November 19, 2013 PRNewswire release];

**(c)** is *"the first* [marijuana seed-to-sale] *system of its type in the US"* [in a December 13, 2013 Internet posting by Fox News of a television interview of Defendant Vo];

**(d)** was the *"first state seed-to-sale real-time monitoring system in the United States"* [in the Miami Herald on multiple occasions];

**(e)**     will be the *"first state cannabis seed-to-sale real-time monitoring system in the United States"* [In a December 2, 2014 television interview on CCTV America and in an Internet posting of that interview];

**(f)**     *"developed . . .  the nation's only true marijuana seed-to-sale tracking system"* [in a February 13, 2013 PRNewswire release];

**(g)**     is *"the nation's only true seed to sale software system"* [in a February 3, 2015 PRNewswire release];

**(h)**     is the *"industries only true seed-to-sale Medical Marijuana Software"* [highlighted on virtually every page on the BioTrackTHC website];

**(i)**     is *"The Only Seed to Sale Solution"* [on the BioTrackTHC website and under its name in its logo on its various documents];

**(j)**     *"is powering ... more regulated marijuana dispensaries than any other software platform available today."* [2014 posting on Crowdfunder.com];

**(k)**     is *"the most extensively-used seed-to-sale enterprise system in the marijuana industry"* [in a December 2, 2014 PRNewswire release];

**(l)**     is the *"world's largest Seed to Sale Solution deployed in more than 800 locations in 15 states, Washington, D.C., Canada, & South America."* [in a December 2, 2014 PRNewswire release];

**(m)**     *"developed the country's first real-time, full seed-to-sale state monitoring system"* [in a March 17, 2015 Broward Palm Beach New Times]; and

**(n)**     *"[is the only] system of controls preventing bad product from getting onto retail shelves"* – [in a March 17, 2015 Broward Palm Beach New Times].

A true and correct copy of BioTrackTHC's press releases, broadcasts, interviews, and website are attached hereto and incorporated herein as **Composite Exhibit "A."**

43.     Prior to their making each of the above statements asserting that BioTrackTHC was the first and the only marijuana seed-to-sale tracking system not only in the nation, but also in the world, Defendants were well aware that Franwell provided and continues to provide the State of Colorado with the METRC System as the nation's first established seed-to-sale tracking system.

44.     Prior to their making each of the above statements asserting that BioTrackTHC was the largest seed-to-sale tracking system not only in the nation, but also in the world, Defendants were well aware that the METRC System is operational in more than 2,200 locations *(without including any state facilities of the Colorado MED)* which is substantially more than the 800 locations claimed by BioTrackTHC.

45.     Moreover, the Defendants all were well aware of other competitors in addition to Franwell, such as MJ Freeway, Adilas, Quantum 9, Agrisoft, MMJ Notes, and Proteus 420 who also offered seed-to-sale tracking system products and services and were competing against BioTrackTHC in the regulated marijuana market.

46.     In the fledgling regulated marijuana market, government purchasers of systems offered to them as "seed-to-sale tracking" solutions are particularly vulnerable to the claims and assertions of vendors seeking the substantial government contracts.

47.     Government consumers of macro systems have been misled and confused by, and continue to be vulnerable to the assertions of technology providers such as BioTrackTHC, who equate their software programs designed essentially for individual regulated companies to the macro systems that such government purchasers are seeking.

48.     The information technology provider competition in the regulated marijuana market often involves responding to a government agency RFP, sometimes coupled with

competitive oral presentations, by candidates for the government seed-to-sale tracking contracts.

49.     The procurement officers evaluating the competing providers do not have historical and established information sources to aid their decision making.

50.     This makes them highly susceptible to undue influence by the information readily available through the Internet.

51.     The very recent legalization of both medical and recreational marijuana in twenty-three states within the United States, the District of Columbia, and certain foreign countries is complicated by numerous legal prohibitions and conflicting views on what should be allowed and uncertainties as to what regulatory measures are needed.

52.     This has created a very steep learning curve for governmental officials and representatives entrusted to purchase seed-to-sale tracking and related services.

53.     Legislators who adopt legalized marijuana legislation and executive branch officials and administrative agency staff members who adopt the applicable regulations and award seed-to-sale tracking and related contracts *(as representatives of the public in their respective states)* have not previously experienced such regulation and are not able to refer to any historical experimentation with such regulation and the proposed technology systems to implement their regulatory authority.

54.     All governmental decision makers for the purchase of the seed-to-sale tracking and related services in the regulated marijuana market are pioneers in such regulation and in choosing the technology systems to implement the new legislation and resulting administrative regulations.

55.     Given such limited experience and knowledge of how the legalized marijuana industry will operate in the various states *(and foreign countries)* and how the seed-to-sale tracking and related services will play a role in this novel industry, the governmental agency decision makers *(representing the public within their jurisdictions)* are likely to be influenced by what they **(a)** read on the Internet and in newspapers, **(b)** hear on television, radio, and YouTube broadcasts, and **(c)** otherwise receive by indirect communications from competitors in the regulated marijuana market.

56.     The novelty and consequences of the purchasing decisions by those government officials who are tasked with choosing among the various seed-to-sale tracking and related service providers makes it especially critical to assure the truth and accuracy in advertising and in portraying **(a)** the products and services of such vendors; **(b)** their actual accomplishments, achievements and capabilities; and **(c)** the contrasts and comparisons of their products, services, accomplishments, achievements and capabilities with those of their competitors.

57.     Defendants BioTrackTHC, Siegel, and Vo have engaged in, and continue to pursue, a protracted scheme to use various forms of both indirect communications and direct communications with government officials in the regulated marijuana market to unduly influence such decision makers to purchase BioTrackTHC products and services.

58.     Prior to the issuance of the Washington State RFP, BioTrackTHC entered into contracts and consummated equity exchanges with Medbox, Inc., a Nevada corporation **(*"Medbox"*)**, creating an affiliation between those companies.   That affiliation was consummated shortly after Medbox as the alter ego of BioTrackTHC had directly offered

Washington State *"their guidance, suggestions and consultation at no charge to officials tasked with developing and implementing a legal marijuana industry in Washington State."*

59.     The above Medbox offer enabled BioTrackTHC to communicate indirectly with Washington State officials, through Medbox, to obtain information from those officials prior to the publication of that state's RFP; and Washington State eventually awarded its seed-to-sale tracking contract to BioTrackTHC.   A true and correct copy of the BioTrackTHC's press release that describes the Medbox relationship is attached hereto and incorporated herein as **Exhibit "B."**

60.     The impact of information exchanges with government decision makers in the regulated marijuana market, such as that which occurred in Washington State with the scheme used by BioTrackTHC and Medbox, underscores the importance of accuracy and truthfulness in such information and assertions.

61.     Indicative of BioTrackTHC's and Siegel's belief that their pre-RFP indirect communications with Washington State officials would help them win the Washington State seed-to-sale tracking contract was a telephone call by Siegel to Franwell's President, Jeffrey Wells *("Wells").*

62.     On June 27, 2013, Siegel called Wells to request that Franwell provide its RFID technology as partners with BioTrackTHC in the performance of a seed-to-sale tracking contract with Washington State that Siegel told Wells BioTrackTHC had won.

63.     Wells did not accept the offer from Siegel to collaborate with BioTrackTHC and subsequently confirmed that Washington State had not yet issued an RFP for its seed-to-sale tracking contract.

64.     Franwell awaited the RFP from Washington State that was issued in August 2013 before contacting representatives in that state with its response to the RFP.

65.     BioTrackTHC, in its collaboration with Medbox, further engaged in the publication of false representations as to BioTrackTHC's patent protections of its seed-to-sale tracking system in two separate press releases, whereas BioTrackTHC has no patents on a seed-to-sale tracking system.

66.     In the BioTrackTHC press release that describes its relationship with Medbox attached hereto and incorporated herein as **Exhibit "B,"** BioTrackTHC discussed in the first paragraph its patented technology as if it were applicable to both tracking certain unrelated medications and marijuana and then cited the patent numbers.  Those patents have nothing to do with seed-to-sale tracking of marijuana.

67.     BioTrackTHC perpetuated its false marking of its seed-to-sale software for tracking of marijuana by subsequently disseminating a February 14, 2013 article in the _Boston Business Journal_.  Those misrepresentations in the _Boston Business Journal_ included the announcement by BioTrackTHC that its _"patented technologies"_ were involved in its _"marijuana 'seed-to-sale' tracking system."_  A true and correct copy of the February press release is attached hereto and incorporated herein as **Exhibit "C."**

68.     The _Boston Business Journal_ article, in which BioTrackTHC was referred to by its actual corporate name Bio-Tech Medical Software, Inc. or simply **_"Bio-Tech,"_** includes the following false assertion that the BioTrackTHC [Bio-Tech] seed-to-sale tracking system involves a patented technology:  _"Bio-Tech brings two distinct, patented technologies to the table: BioTrackTHC – a marijuana 'seed-to-sale' tracking system and . . . ."_

14

69.     Defendant Siegel's LinkedIn profile currently begins with the words *"Regulatory BioTrackTHC and compliance Government marijuana tracking and reporting."* Until recently, it also claimed that BioTrackTHC's *"unique technology products are patent protected"* and it listed one patent number and said another patent is to be issued, also pointing out that Siegel has assigned his patent rights to BioTrackTHC.  A true and correct copy of Siegel's previous LinkedIn profile page is attached hereto and incorporated herein as **Exhibit "D."**

70.     BioTrackTHC, Siegel, and Vo have recently targeted their campaign of misinformation directly at Franwell with their attempt to tortiously interfere with Franwell's Colorado Contract and its business relationship with the State of Colorado and in their competition for a seed-to-sale tracking with the country of Jamaica.

71.     BioTrackTHC representatives in Colorado falsely and maliciously have told their marijuana industry customers in Colorado, where those customers are required to make reports on Franwell's METRC System *(previously called the MITS System)*, that *"Franwell continues to keep changing their import instructions and it has caused all kinds of problems,"* and that *"Franwell is not being supportive or providing documentation."*

72.     Further, in January 2015, Defendant Vo sent an email to the Director of the Colorado Marijuana Enforcement Division that included a copy of Mr. Vo's prior email memo to Colorado State Senator Owen Hill *(copying Steven Siegel and other persons)* which included the following false, malicious and disparaging statements by Mr. Vo regarding Franwell and the METRC system that Franwell is operating under the Colorado Contract:

> *"Colorado is neither capturing nor able to report on any meaningful marijuana industry data, medical or recreational.  Not only is the software system utilized by the Colorado Marijuana Enforcement Division (MED) wholly inadequate for tracking*

*marijuana from seed-to-sale, computing tax obligations, etc., it is highly unlikely that it will be able to capture laboratory testing data even though the state started ordering testing in the Spring.*

*This is not the fault of the MED.  The MED awarded a contract for a marijuana tracking system before true marijuana seed-to-sale technology was available, and so the contract was awarded to a company that has zero experience in marijuana tracking.  As a result, Colorado has a system that cannot capture or produce the data the State needs to promote public safety, prevent diversion, enforce regulations, or collect taxes.*

*   *   *

*Per your discussion with Steven Siegel, CEO, we would be happy to have further discussions with you to see what can be done to possibly replace the current system with the proven system utilized by the State of Washington*

A true and correct copy of Vo's January 2015 email is attached hereto and incorporated herein as **Exhibit "E."**

**73.**    Contrary to the above BioTrackTHC allegations, the software program included in the METRC System developed and operated by Franwell has enabled Colorado to capture a wide array of meaningful industry data since December 2013 and to track every event for every plant through harvest and every package through sale.

**74.**    The various types of marijuana testing functionality set by Colorado have been operational from the date of every deadline set by the State.

**75.**    The METRC System captures test results in real time and automatically holds product from moving through the system until tests have been passed.

16

76.     Furthermore, the system requires that even the test packages be tracked in real-time and manifested.

77.     In addition, the METRC System in its current form can calculate tax obligations.

78.     In an April 22, 2015 press release, BioTrackTHC *"announced that it has retained Cannabis Global Initiative (CGI) to expand the reach of BioTrackTHC's cannabis tracking technology to new domestic and international regions."*  CGI is a Colorado limited liability company with an office in Jamaica.  That same April 22, 2015 press release included the following quote: *" 'CGI and its president, Wanda James, are primary movers in this sector and we know that this agreement will bolster BioTrackTHC's already rapidly growing business,' said Steven Siegel, CEO, BioTrackTHC."*  A true and correct copy of the April 22, 2015 press release is attached hereto and incorporated herein as **Exhibit "F."**

79.     On April 23, 2015, Wanda James sent an email memo to Senator Mark Golding, Minister of Justice of Jamaica, telling Minister Golding that *"BioTrackTHC is now officially in New Mexico,"* after that state recently awarded BioTrackTHC a cannabis tracking contract.  Franwell did not respond to New Mexico's RFP and did not compete for a cannabis tracking contract in that state.

80.     In her April 23, 2015 email memo to Minister Mark Golding, Wanda James, as an agent of BioTrackTHC, falsely stated that BioTrackTHC has *"beaten Franwell in each of the states they have competed for the contracts"* since Washington State had awarded BioTrackTHC a seed-to-sale tracking contract prior to New Mexico's contract award.  Washington State is the only state where BioTrackTHC was awarded a state contract in competition with Franwell.  A true and correct copy of the April 23, 2015 email memo from

Wanda James to Minister Mark Golding is attached hereto and incorporated herein as **Exhibit "G."**

81.     In her April 23, 2015 email, Wanda James also included three live links to 2014 news stories that distorted the regulatory achievements in Colorado in contrast to Washington State; and she thereby maliciously asserted that there is a lack of recorded data on the identification of contaminated marijuana in the Colorado regulatory system where Franwell's system is in use in contrast to public availability of such data in Washington State where BioTrackTHC's system is in use.  Such data unavailability in Colorado regulatory system and such data availability in Washington State is untrue.

82.     BioTrackTHC has been methodically using such live links to the 2014 news stories that distorted the contaminant marijuana recording of Colorado and Franwell in contrast to achievements by Washington State and BioTrackTHC in such contaminant marijuana recording, as evidenced by an email memo from BioTrackTHC's Executive Vice President Gary Greenwood to Patricia Nelson, Executive Director of Office of Compassionate Use of the Florida Department of Health (the **"Greenwood email"**).  The email, which was retrieved from the Florida website: http://www.floridahealth.gov/programs-and-services/office-of-compassionate-use/_documents/comments-20141230-20150204_part2.pdf, is attached hereto as **Exhibit "H."**

83.     BioTrackTHC, Siegel, and Vo, directly and indirectly, have publically, methodically, and persistently disseminated the false and deceptive statements referred to above and continue to do so, which adversely, improperly, and unduly affect the information provided to purchasers and potential purchasers of seed-to-sale tracking systems in the regulated marijuana market.

18

84.     Defendants false touting and misrepresentation of BioTrackTHC's products, services, and accomplishments in interstate commerce constitute false and misleading advertising, false marking, unfair competition, and deceptive and unfair trade practices.

85.     Prior to the most recent events involving Wanda James and Jamaica and Franwell's recent discovery of the Greenwood email, Franwell engaged its legal counsel to demand that BioTrackTHC cease and desist the publication of false, misleading, and disparaging statements as cited in paragraphs 34, 40 to 44, 47, 57 to 62, 65 to 72, and 82 to 84 above and promptly send a retraction of the above specified false and grossly misleading statements that Vo, as a senior executive of BioTrackTHC, made to **(a)** Colorado State Senator Owen Hill and forwarded to the Director of the Colorado MED, **(b)** any other legislators or officials of Colorado or any other state or governmental entity, **(c)** any MED officials, and **(d)** any other governmental officials.  The letter specifying such demands and the justification for them is attached hereto and incorporated herein as **Exhibit "I."**

86.     On January 27, 2015, BioTrackTHC replied to the letter from Franwell's legal counsel with a letter stating that **(a)** it denies its statements quoted in the letter from Franwell's counsel constitute false, defamatory, or disparaging statements about Franwell; **(b)** denies it falsely portrays itself, its technology solutions, or its accomplishments; **(c)** refuses to retract anything it has published; **(d)** denies it tortiously interfered with Franwell's Colorado Contract; and **(e)** denies it made any false or grossly misleading statements about **(i)** BioTrackTHC's products and services, **(ii)** Franwell, or **(iii)** the METRC System.  BioTrack's reply letter is attached hereto and incorporated herein as **Exhibit "J."**

87.     Despite Plaintiff's demand, Defendants refuse to cease and desist the publication of false, misleading, and disparaging statements that are harmful both to Franwell

and the public, including the constituencies of the government regulators who are subjected to such false, misleading, and disparaging information and their refusal to retract the false and grossly misleading statements that Vo made to Colorado officials continues to cause injury to Plaintiff Franwell.

88.     Defendants' conduct has misled the consuming government agencies and their public constituencies in the regulated marijuana market concerning the timing, nature, magnitude, and use of BioTrackTHC's tracking products and services and the existence of competitive products and services to the detriment of Franwell's legitimate business enterprise.

89.     By reason of the foregoing, Franwell has found it necessary to retain the law firm of Mechanik Nuccio Hearne & Wester, P.A. and has agreed to pay the firm its reasonable fees to protect Franwell's interests.

### COUNT I
### FALSE MARKING – 35 U.S.C. § 292

90.     This is an action for false marking pursuant to 35 U.S.C. § 292.

91.     Plaintiff re-alleges and incorporates by reference paragraphs 1 through 89 as though fully set forth herein.

92.     Defendants have falsely used in advertising the words "patent" and "patented" implying that their marijuana seed-to-sale tracking system involves patented technology.

93.     BioTrackTHC's seed-to-sale tracking system is not patented.

94.     BioTrackTHC's U.S. Patents 8,086,470 and 8,335,697 are not the marijuana seed-to-sale tracking system being used by BioTrackTHC's customers, including the State of Washington.

95.     Defendants' false use in advertising of the words "patent" and "patented" to describe the non-patented seed-to-sale tracking system was intended to deceive the public and did deceive the public.

96.     Defendants' false use in advertising of the words "patent" and "patented" to describe the non-patented seed-to-sale tracking system was done in bad faith.

97.     Defendants' false use in advertising of the words "patent" and "patented" to describe the non-patented product was done on more than one occasion with each occasion constituting a separate offense of 35 U.S.C. § 292.

98.     As a direct result of Defendants' actions, Franwell has suffered and continues to suffer damages in lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits.

WHEREFORE, Plaintiff, Franwell, Inc., demands judgment against Bio-Tech Medical Software, Inc. d/b/a BioTrackTHC, Steven Siegel, and Patrick Vo for false marking in violation of 35 U.S.C. § 292 and request this Court:

(a)     award compensatory damages consisting of lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits;

(b)     award Plaintiff's attorneys' fees and costs pursuant to 35 U.S.C. § 285; and

(c)     grant such other and further relief as the Court deems just and equitable.

## COUNT II
## TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP

99.     This is an action for tortious interference with a contract between Plaintiff and the State of Colorado.

100.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 89 as though fully set forth herein.

101.    The contract between Plaintiff and the State of Colorado was a valid contract that conferred a legal right on Plaintiff to provide the software program and RFID tracking system, including the METRC System, that captured industry data and tracked every event for every marijuana plant through harvest, every subsequent processing stage, and every package through sale.

102.    Defendants knew that Franwell was awarded the Colorado Contract on August 25, 2011.

103.    Defendants intentionally and unjustifiably made false statements to the Director of the Colorado Marijuana Enforcement Division in an effort to interfere with the business relationship between the State of Colorado and Plaintiff.

104.    Defendants Siegel's and Vo's actions in publically, methodically, and persistently disseminating false and deceptive statements to the public, and specifically to the State of Colorado's employees, were wanton, willful, and with reckless indifference to the rights of Plaintiff.

105.    As a direct result of Defendants' actions, Franwell has suffered and continues to suffer damages in lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits.

WHEREFORE, Plaintiff, Franwell, Inc., demands judgment against Bio-Tech Medical Software, Inc. d/b/a BioTrackTHC, Steven Siegel, and Patrick Vo and request this Court:

(a)     award compensatory damages consisting of lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits;

22

**(b)**     award damages for loss of capacity for enjoyment of property, humiliation, and inconvenience;

**(c)**     award interest and costs;

**(d)**     award reasonable attorneys' fees pursuant to the Wrongful Act Doctrine;

**(e)**     award punitive damages; and

**(f)**     grant such other and further relief as the Court deems just and equitable.

**COUNT III**
**FALSE ADVERTISING**
**SECTION 43(a)(1)(B) OF THE LANHAM ACT**
**15 U.S.C. § 1125(a)**

**106.**     This is an action for false advertising in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. §1125(a).

**107.**     Plaintiff re-alleges and incorporates by reference paragraphs 1 through 89 as though fully set forth herein.

**108.**     Franwell is a competitor of Defendant BioTrackTHC in that they advertise and sell products and services to government entities in interstate commerce generally described as marijuana seed-to-sale tracking systems.

**109.**     Defendants have falsely advertised that their seed-to-sale tracking system involves patented technology.

**110.**     Defendants falsely represented that they were the ***"first in the world"*** to track marijuana through the entire supply chain, that they sold the ***"first marijuana/cannabis seed-to-sale system in the United States,"*** that they owned the ***"first real-time monitoring system in the United States",*** that they ***"sold the first marijuana seed-to-sale tracking system and are the largest seed-to-sale vendor in the world",*** that they developed the ***"only true marijuana seed-to-sale tracking software system for industries and the nation,"*** and that

23

their system is the ***"only one with controls to prevent bad product from getting onto retail shelves."***

111.     Prior to making each of the above statements regarding BioTrackTHC being the first, the only, and the largest seed-to-sale tracking system not only in the nation, but also in the world, Defendants were well aware that Franwell provided and continues to provide the nation's first established seed-to-sale tracking system with controls to detect bad product.

112.     Defendants offered to partner with Franwell in submitting a proposal to the State of Washington because it knew that Franwell developed the METRC System that is the only real time wireless seed-to-sale monitoring system involving both RFID and computer software technologies.

113.     Defendants knew that Franwell's seed-to-sale tracking system is operational in more than 2,200 locations and that BioTrackTHC's own customer base was substantially less with only the 800 locations claimed by it.

114.     Defendants' statements that BioTrackTHC was the first, the only, and the largest seed-to-sale tracking system in the world are false and misleading.

115.     Defendants' statements that BioTrackTHC was the first, the only, and the largest seed-to-sale tracking system in the world deceived, or had the capacity to deceive, consumers, including the State of Washington.

116.     Defendants' statements that BioTrackTHC was the first, the only, and the largest seed-to-sale tracking system in the world had a material effect on consumer purchasing decisions, including the State of Washington.

117.     Defendants' deceptive advertisements that BioTrackTHC was the first, the only, and the largest seed-to-sale tracking system in the world affected interstate commerce.

118.   Defendants' deceptive advertisements were made in bad faith.

119.   As a result of Defendants' deceptive advertisements, Plaintiff has suffered and continues to suffer damages in lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits.

120.   Plaintiff is irreparably injured as a result of Defendants' misrepresentations in its misleading advertisements.

WHEREFORE, Plaintiff, Franwell, Inc., demands judgment against Bio-Tech Medical Software, Inc. d/b/a BioTrackTHC, Steven Siegel, and Patrick Vo for violation of Section 43(a)(1)(B) of the Lanham Act; 15 U.S.C. § 1125(a) and request this Court:

(a)   temporarily enjoin Defendants from circulating any false or misleading description of fact, or false or misleading representation of fact, with respect to any aspect of the seed-to-sale tracking system product and by restraining their use of the word "patent technology" and other words suggesting that their product is the only true, the first, the only, and the largest seed-to-sale tracking system in the world during the pendency of this case;

(b)   permanently enjoin Defendants who have or are otherwise likely to circulate any false or misleading description of fact, or false, or misleading representation of fact with respect to any aspect of the seed-to-sale tracking system product and by restraining their use of the word "patent technology" and other words suggesting that their product is the only true, the first, the only, and the largest seed-to-sale tracking system in the world;

(c)   award actual damages suffered by reason of Defendants' false advertising, consisting of Plaintiff's lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits;

(d)   award Plaintiff three times the amount found as actual damages pursuant to 15 U.S.C. § 1117(a);

**(e)**    award Plaintiff all profits of the Defendant derived from the false advertising of their seed-to-sale tracking system product;

**(f)**    award attorneys' fees pursuant to 15 U.S.C. § 1117(a);

**(g)**    award Plaintiff's cost incurred in bringing this action;

**(h)**    order materials that contain the false advertisement be delivered up and destroyed pursuant to 15 U.S.C. § 1118; and

**(i)**    grant such other and further relief as the Court deems just and equitable.

## COUNT IV
## MISLEADING ADVERTISING
## FLORIDA STATUTES SECTION 817.41

**121.**    This is an action for misleading advertising in violation of Section 817.41 of the Florida Statutes.

**122.**    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 89 as though fully set forth herein.

**123.**    Franwell is a competitor of Defendant BioTrackTHC in that they advertise and sell products and services to government entities in interstate commerce generally described as marijuana seed-to-sale tracking systems.

**124.**    Defendants have misleadingly advertised that their seed-to-sale tracking system involves patented technology.

**125.**    Defendants falsely represented that they were the ***"first in the world"*** to track marijuana through the entire supply chain, that they sold the ***"first marijuana/cannabis seed-to-sale system in the United States,"*** that they owned the ***"first real-time monitoring system in the United States,"*** that they ***"sold the first marijuana seed-to-sale tracking system and are the largest seed-to-sale vendor in the world,"*** that they developed the ***"only true marijuana seed-to-sale tracking software system for industries and the nation,"*** and that

26

their system is the *"only one with controls to prevent bad product from getting onto retail shelves."*

126.    Defendants knew or should have known of the falsity of the aforementioned misrepresentations.

127.    Defendants intended that the misrepresentations would induce another to rely and act on them.

128.    The misleading advertisements were made with the intent or purpose, either directly or indirectly, of selling or disposing of personal property and services and to induce the public to enter into an obligation relating to such property and services.

129.    Defendants' misleading advertisements were made in bad faith and with malice or recklessness indifference to the Plaintiff's and consumer's interests.

130.    As a result of Defendants' misrepresentations, Plaintiff has suffered and continues to suffer damages in lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits.

131.    Plaintiff is irreparably injured as a result of Defendants misrepresentations in its misleading advertisements.

WHEREFORE, Plaintiff, Franwell, Inc., demands judgment against Bio-Tech Medical Software, Inc. d/b/a BioTrackTHC, Steven Siegel, and Patrick Vo for misleading advertising in violation of Florida Statutes § 817.41 and request this Court:

(a)    award damages consisting of lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits;

(b)    award attorneys' fees and costs pursuant to Section 817.41(6);

(c)    award punitive damages pursuant to Section 817.41(6);

(d)    enjoin Defendants from disseminating the misleading advertising; and

(e)     grant such other and further relief as the Court deems just and equitable.

## COUNT V
## COMMON LAW UNFAIR COMPETITION

**132.**    This is an action for unfair competition pursuant to Florida Common Law.

**133.**    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 89 as though fully set forth herein.

**134.**    Franwell is a competitor of Defendant BioTrackTHC in that they advertise and sell a product and service generally described as seed-to-sale tracking system for marijuana in interstate commerce.

**135.**    Defendants have falsely advertised that their seed-to-sale tracking system involves patented technology.

**136.**    Defendants falsely represented that they were the ***"first in the world"*** to track marijuana through the entire supply chain, that they sold the ***"first marijuana/cannabis seed-to-sale system in the United States,"*** that they owned the ***"first real-time monitoring system in the United States,"*** that they ***"sold the first marijuana seed-to-sale tracking system and are the largest seed-to-sale vendor in the world,"*** that they developed the ***"only true marijuana seed-to-sale tracking software system for industries and the nation,"*** and that their system is the ***"only one with controls to prevent bad product from getting onto retail shelves."***

**137.**    Defendants knew or should have known of the falsity of the aforementioned misrepresentations.

**138.**    Defendants' misrepresentations were deceptive and fraudulent and created a likelihood of customer confusion.

28

**139.**     Defendants' misrepresentations were made in bad faith and with malice or recklessness indifference to the Plaintiff's and consumer's interests.

**140.**     As a result of Defendants' misrepresentations, Plaintiff has suffered and continues to suffer damages in lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits.

**141.**     Plaintiff is irreparably injured as a result of Defendants' misrepresentations in marketing its product and services.

WHEREFORE, Plaintiff, Franwell, Inc., demands judgment against Bio-Tech Medical Software, Inc. d/b/a BioTrackTHC, Steven Siegel, and Patrick Vo for common law unfair competition and request this Court:

(a)     award damages consisting of lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits;

(b)     issue a temporary injunction requiring Defendants to cease and desist further misrepresentations regarding its seed-to-sale software during the pendency of this action;

(c)     permanently enjoining Defendants from disseminating the misrepresentations;

(d)     award costs, including attorneys' fees pursuant to the wrongful act doctrine; and

(e)     grant such other and further relief as the Court deems just and equitable.

## COUNT VI
## <u>DECEPTIVE AND UNFAIR TRADE PRACTICES</u>
## <u>FLORIDA STATUTES SECTION 501.201</u>

**142.**     This is an action for deceptive and unfair trade pursuant to Florida Statutes §501.201 (2015), Florida Deceptive and Unfair Trade Practices Act.

**143.**     Plaintiff re-alleges and incorporates by reference paragraphs 1 through 89 as though fully set forth herein.

**144.**     Defendants BioTrackTHC, Steven Siegel, and Patrick Vo have engaged in deceptive and unfair trade practices in a trade or commerce by advertising that their seed-to-sale tracking system involves patented technology.

**145.**     Defendants have engaged in deceptive and unfair trade practices in a trade or commerce by misrepresenting that they were the ***"first in the world"*** to track marijuana through the entire supply chain, that they sold the ***"first marijuana/cannabis seed-to-sale system in the United States,"*** that they owned the ***"first real-time monitoring system in the United States",*** that they ***"sold the first and are the largest seed-to-sale vendor in the world",*** that they developed the ***"only true marijuana seed-to-sale tracking/software system for industries and the nation,"*** and that their system is the ***"only one with controls to prevent bad product from getting onto retail shelves."***

**146.**     Defendants knew or should have known of the falsity of the aforementioned misrepresentations.

**147.**     Defendants intended that the misrepresentations would induce another to rely and act on them.

**148.**     The misrepresentations violate the standards of fairness and deception as set forth and interpreted by the Federal Trade Commission and the federal courts.

**149.**     Defendants' misrepresentations have misled the consuming public concerning the nature and legal status of its seed-to-sale software and the existence of competitive products to the consuming public's detriment and the detriment of Plaintiff's legitimate business enterprise.

**150.** As a result of Defendants' misrepresentations, Plaintiff has suffered and continues to suffer damages in lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits.

WHEREFORE, Plaintiff, Franwell, Inc., demands judgment against Bio-Tech Medical Software, Inc. d/b/a BioTrackTHC, Steven Siegel, and Patrick Vo for violation of Florida's Deceptive and Unfair Trade Practice Act, Florida Statutes § 501.204 and request this Court:

    **(a)**    declare that Defendants acts of misrepresentation constitute unfair and deceptive trade practices in violation of Florida Statutes § 501.201;

    **(b)**    issue a temporary injunction during the pendency of this action requiring Defendants to cease and desist further misrepresentations with respect to any aspect of marijuana seed-to-sale tracking system products and services, and by restraining their use of: **(i)** the words *"patented technology"* and any other reference to *"patent"* in conjunction with their references to their marijuana seed-to-sale tracking system products and services; and **(ii)** other words suggesting that their products and services are the only true, the first, the only, and the largest seed-to-sale tracking system in the world and the nation its seed-to-sale software;

    **(c)**    permanently enjoin Defendants from disseminating the aforesaid misrepresentations;

    **(d)**    award actual damages suffered by reason of Defendants' false misrepresentations consisting of lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits;

    **(e)**    award attorneys' fees pursuant to Florida Statutes § 501.2105;

    **(f)**    award Plaintiff's cost incurred in bringing this action; and

    **(g)**    grant such other and further relief as the Court deems just and equitable.

## COUNT VII
## DEFAMATION

**151.**   This is an action for common law defamation.

**152.**   Plaintiff re-alleges and incorporates by reference paragraphs 1 through 89 as though fully set forth herein.

**153.**   BioTrackTHC, Siegel, and Vo have published false statements about Franwell in their attempt to wrongly gain market shares.

**154.**   BioTrackTHC falsely and maliciously told customers in the marijuana industry that *"Franwell continues to keep changing their import instructions and it has caused all kinds of problems,"* and that *"Franwell is not being supportive or providing documentation."*

**155.**   Some of these customers complained to the Director of the Colorado Marijuana Enforcement Division when they were required to make reports on the Franwell METRC system.

**156.**   In an attempt to scare the public, BioTrackTHC has falsely and maliciously told customers that Franwell's tracking system used by the State of Colorado has *"no system of controls preventing bad product from getting onto retail shelves."*

**157.**   Defendants knowingly sent false statements about the METRC system to the Director of the Colorado Marijuana Enforcement Division and Colorado State Senator Owen Hill in an effort to damage Franwell's reputation.

**158.**   Defendants retained Cannabis Global Initiative and its president, Wanda James, to defame Franwell in Jamaica where BioTrackTHC is currently competing with Franwell for a seed-to-sale contract with that country.

32

**159.**   Wanda James, as the agent of Defendants, has begun a malicious undertaking to defame Franwell in Jamaica by email communications; and the purposes for which Defendants retained her indicate that she will persist in defaming Franwell not only in Jamaica but elsewhere as well.

**160.**   BioTrackTHC, Siegel, and Vo, directly and indirectly, have publically, methodically, and persistently disseminated the false and deceptive statements referred to above and continue to do so, which adversely, improperly, and unduly affect the information provided to purchasers and potential purchasers of seed-to-sale tracking systems in the regulated marijuana market.

**161.**   Defendants' direct and indirect communications about Franwell were incompatible with the proper exercise of lawful business, trade, profession or office, and are thus, slander per se.

**162.**   As a result of misrepresentations by Defendants and their agents, Franwell has suffered and continues to suffer damages to its reputation, which has resulted in and is continuing to result in lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits.

WHEREFORE, Plaintiff, Franwell, Inc., demands judgment against Bio-Tech Medical Software, Inc. d/b/a BioTrackTHC, Steven Siegel, and Patrick Vo and request this Court:

    **(a)**    enjoin Defendants from continuing to defame Franwell;

    **(b)**    award damages for injury to Franwell's reputation which resulted in lost sales, lost market share, loss of goodwill, increased promotional costs, and lost profits;

    **(c)**    award damages for loss of capacity for enjoyment of property, humiliation, and inconvenience;

**(d)**   award damages for costs incurred for bringing this action;

**(e)**   award attorneys' fees pursuant to the wrongful act doctrine;

**(f)**   award punitive damages; and

**(g)**   grant such other and further relief as the Court deems just and equitable.


## DEMAND FOR JURY

Plaintiff demands a jury trial of all issues so triable in this action.


Dated: May 11, 2015.                    Respectfully submitted,

**J. MEREDITH WESTER, ESQUIRE**
Florida Bar Number 881317
jmw@mechaniknuccio.com
**WILLIAM R. PAUL, ESQUIRE**
Florida Bar Number 301876
wrp@floridalandlaw.com
**MECHANIK NUCCIO**
**HEARNE & WESTER P.A.**
18560 N. Dale Mabry Highway
Lutz, Florida 33548
Telephone:  813-968-1002
*Attorneys for Plaintiff Franwell, Inc.*

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing Complaint and the

facts stated in it are true and correct based on my personal knowledge.

**JEFFREY L. WELLS,**
**President of Franwell, Inc.**

SWORN TO and subscribed before me this 11th day of May 2015, by Jeffrey L. Wells

 who is personally known to me or has produced a Florida driver's license.

CANDACE J. PORTMANN
MY COMMISSION # EE 212213
EXPIRES: July 25, 2016
Bonded Thru Notary Public Underwriters

Notary Public
State of Florida at Large

My commission expires: July 25, 2016

35

# BioTrackTHC Releases the World's First Official Seed-to-Sale Marijuana Traceability System API





The world's largest Seed to Sale Solution deployed in more than 800 locations in 15 states, Washington D.C., Canada, & South America. (PRNewsFoto/BioTrackTHC)



OLYMPIA, Wash., Nov. 19, 2013 /PRNewswire/ -- BioTrackTHC, provider of the Marijuana Traceability System for the State of Washington, announced that the first draft of the technical documents detailing its application programming interface (API) was made public late yesterday by the Washington Liquor Control Board (WSLCB). These documents are being released to the public in draft form ahead of schedule to expedite the integration process for commercial application developers that intend to serve the producer, processor and retail establishments within the State of Washington.

(Logo: http://photos.prnewswire.com/prnh/20131021/FL01138LOGO
(http://photos.prnewswire.com/prnh/20131021/FL01138LOGO) )



EXHIBIT

*A*

Composite

"Our goal has always been to help the industry advance and succeed," says Steven Siegel, CEO of BioTrackTHC. "That is why, in the spirit of cooperation, we are releasing the potential interface specifications ahead of time to ensure the smoothest rollout possible for everyone, even for our competition."

The State of Washington traceability system is built upon the solid BioTrackTHC platform, enabling the state's oversight and enforcement agency to be the first in the world to track marijuana through the entire supply chain from seed-to-sale. The released API manuals detail the various functions and data points that are relevant for the BioTrackTHC traceability system in its current form, which is subject to change.

"We are excited that our technology, which has been powering a large proportion of the Colorado medical marijuana market for years, is finally being brought onto the world stage," says Patrick Vo, Co-CEO of BioTrackTHC. "Releasing this API, even in draft form, is a historic first step in standardizing marijuana traceability and data capture/exchange both nationally and internationally. We plan to raise the bar from the outset and look forward to working with the industry—rather than against it—to create the consummate marijuana market model, characterized by its transparency and accountability."

For more information or to order the commercial software, contact BioTrackTHC, (tel) 1-800-797-4711, (email) sales@biotrackthc.com (mailto:sales@biotrackthc.com), (website) www.biotrackthc.com (http://www.biotrackthc.com/).

*About BioTrackTHC and Bio-Tech Medical Software, Inc.*

Bio-Tech Medical Software, Inc., through its BioTrackTHC division, provides effective and cutting-edge technology solutions for the emerging legal marijuana industry that (1) prevents product theft and combats marijuana diversion; (2) assists legal marijuana operators with running their cultivating, packaging, and retail operations more profitably and to better comply with the law; (3) and facilitates the accountability, transparency, and overall legitimacy of the legal marijuana industry at large. Specifically, BioTrackTHC is the nation's most accurate and comprehensive seed-to-sale software system with enterprise resource planning, complete inventory tracking, point-of-sale, marketing, financial reporting and regulatory compliance features.

Bio-Tech Medical Software, Inc. is a privately-held company, based in Fort Lauderdale, Florida.

This Press Release is for informational purposes only and does not constitute an offer or solicitation to sell shares or securities in the Company or any related or associated company.

Contact: Steven Siegel, CEO, 800-797-4711

SOURCE Bio-Tech Medical Software, Inc.

RELATED LINKS
http://www.biotrackthc.com (http://www.biotrackthc.com)

Case 0:15-cv-61889-WPD   Document 1   Entered on FLSD Docket 05/11/2015   Page 38 of 79

# Tracking legal pot in Washington

POSTED 6:20 PM, DECEMBER 13, 2013, BY JOHN HOPPERSTAD, *UPDATED AT 06:32PM, DECEMBER 13, 2013*



The state will soon begin issuing licenses to legal pot producers and sellers. But to keep marijuana from being sold illegally and being taken out of state, the Liquor Control Board wants to know, down to the leaf, where all of this new product is going.

BioTrackTHC, a Florida company, has designed a software system to track marijuana from seed to sale.

"This is not just plant tracking, this is not just seed to harvest," said Patrick Vo, CFO at BioTrackTHC. "This is from the moment a marijuana plant is created all the way to point of sale to the consumer."

EP-709099912

Each plant, each strain is given a unique bar code that can be traced and followed by individual pot businesses and the state.

That's important to the State Liquor Control Board, which is under pressure from the feds to make sure recreational pot in our state can be traced, and is not diverted to the black market, sold to minors, or goes out of state.

Tracking legal pot in Washington | Q13 FOX News

"The Department of Justice was very clear with the state that this product can not be diverted," said Brian Smith, with the Liquor Control Board. "If Washington's laboratory experiment is going to go forward with this legalized recreational marijuana, you're going to have to control it."

The state is now working with BioTrackTHC to create a system that will do that. They say when it's in place, it can record growth, weight and strain of the plants, and even the route and time it takes to transport to a retail store.

It will be the first system of its type in the US, and could lay the groundwork for other states if and when they decide to legalize marijuana.

# Fort Lauderdale-based BioTrackTHC powering Washington state marijuana-tracing system

BY NANCY DAHLBERG NDAHLBERG@MIAMIHERALD.COM(link sends e-mail)

# As legal sales of recreational marijuana began in Washington on Tuesday, a South Florida technology company was also making history: BioTrackTHC, which offers software that tracks cannabis from seed to sale, is powering the Washington State Marijuana Traceability System.

BioTrackTHC, based in Fort Lauderdale, won the Washington state contract last fall to develop what it says is the first state seed-to-sale real-time monitoring system in the United States. The company, founded about seven years ago, develops software to enable governments and businesses to track legal cannabis production, testing, transportation, destruction and sales.

The state monitoring system tracks both the inventory and the taxable sales amounts associated with transactions, enabling the state to maximize revenue collections while holding legal cannabis growers and dispensaries accountable for the whereabouts of their inventories. The system allows the Washington government to view, in real time, every gram of legal cannabis in the life cycle within the state, said Patrick Vo, chief operating officer of BioTrackTHC and its parent company, Bio-Tech Medical Software.

When a business propagates a new plant, either by seed or clone, BioTrackTHC's system generates a globally unique non-repeating 15-digit identifier.

"It's not the same as tracking cantaloupes, because every single gram needs to be accounted for," Vo explained. "There needs to be unbroken accountability from seed to sale and that is what our system does. . . . Whatever side you are on politically, everyone can get behind transparency."

BioTrackTHC's business software has already been used in nearly 500 medicinal cannabis cultivation and retail operations in eight U.S. states, Washington, D.C., and Canada. And if

Florida voters approve medicinal marijuana in the November election, "we definitely look forward to seeing a transparent, well-tracked, well-run industry in our home state," Vo added.

The parent company was incorporated in 2007 and developed tracking software to combat the Oxycontin problem in Florida, Vo said. About five years ago, it also began targeting the legal marijuana industry, and its BioTrackTHC division has become its primary business. The companies have 40 employees and have offices in Fort Lauderdale, Colorado and Washington.

"We started from the ground up and built a system tackling the challenges unique to marijuana. It has been battle-tested and informed by industry best practices," Vo said. "We definitely thought this through and anticipate scaling to a national and global level."

Case 0:15-cv-61989-WPD    Document 1    Entered on FLSD Docket 05/11/2015    Page 42 of 79

« July 7, 2014 | Main | July 9, 2014 »

# 3 posts from July 8, 2014

## July 08, 2014

---

## South Florida tech firm powering Washington's pot-tracking system

As legal sales of recreational marijuana began in Washington on Tuesday, a South Florida technology company was also making history: BioTrackTHC, which offers software that tracks cannabis from seed to sale, is powering the Washington State Marijuana Traceability System.

BioTrackTHC, based in Fort Lauderdale, won the Washington state contract last fall to develop what it says is the first state seed-to-sale real-time monitoring system in the United States. The company, founded about seven years ago, develops software to enable governments and businesses to track legal cannabis production, testing, transportation, destruction and sales.

The state monitoring system tracks both the inventory and the taxable sales amounts associated with transactions, enabling the state to maximize revenue collections while holding legal cannabis growers and dispensaries accountable for the whereabouts of their inventories. The system allows the Washington government to view, in real time, every gram of legal cannabis in the life cycle within the state, said Patrick Vo, chief operating officer of BioTrackTHC and its parent company, Bio-Tech Medical Software.

When a business propagates a new plant, either by seed or clone, BioTrackTHC's system generates a globally unique non-repeating 15-digit identifier.

"It's not the same as tracking cantaloupes, because every single gram needs to be accounted for," Vo explained. "There needs to be unbroken accountability from seed to sale and that is what our system does. ... Whatever side you are on politically, everyone can get behind transparency."

BioTrackTHC's business software has already been used in nearly 500 medicinal cannabis cultivation and retail operations in eight U.S. states, Washington, D.C., and Canada. And if Florida voters approve medicinal marijuana in the November election, "we definitely look forward to seeing a transparent, well-tracked, well-run industry in our home state," Vo added.

The parent company was incorporated in 2007 and developed tracking software to combat the Oxycontin problem in Florida, Vo said. About five years ago, it also began targeting the legal marijuana industry, and its BioTrackTHC division has become its primary business. The

companies have 40 employees and have offices in Fort Lauderdale, Colorado and Washington.

"We started from the ground up and built a system tackling the challenges unique to marijuana. It has been battle-tested and informed by industry best practices," Vo said. "We definitely thought this through and anticipate scaling to a national and global level."

Posted July 8, 2014

Posted by Nancy Dahlberg at 5:28 PM in Early-stage companies, Startup Milestones | Permalink | Comments

# A duo of coworking news: Pipeline expands, new entry announces



## Pipeline begins national expansion

Pipeline, a modern shared workspace on Brickell (pictured above), is opening its second location in the heart of Philadelphia this fall. Pipeline Philly, will occupy about 21,000 square feet in The Graham Building, a 25-story office tower across the street from Philadelphia's City Hall.

Philadelphia's CenterCity is home to more than 34 percent of the city's small businesses and the city has experienced a surge in sole proprietor businesses, doubling over the past 10 years, Pipeline said.



**HAPPENING NOW**   CCTV America Newscasts – Watch LIVESTREAM Now

WATCH LIVE NOW

# Software companies want in on emerging marijuana business

## Global Business

December 2, 2014

Medical marijuana has been legalized in 23 U.S. states, with Colorado and Washington allowing recreational use. This led to a profit windfall for some trailblazing pot entrepreneurs. CCTV America's Nitza Soledad Perez reported from Miami how one startup is using technology to cash in on the industry.

Follow Nitza Soledad Perez on Twitter @NitzaSoledad
"We develop software that it is specific to marijuana," Patrick Vo, chief operating officer of BioTrack THC, said.

Sean Phillips is the owner of The Grove, a medical and recreational marijuana dispensary in Colorado. He incorporated software into his technology company about a year and a half ago.

"We tag the plant with a bar code from the time they are brought up from clone. That tag follows it all the way through completion or harvest," Phillips said. "That tag gets rolled into a package tag that ends up in a store, in the form of raw marijuana or trim, and it's all integrated in the system."

BioTrack THC has monitoring systems operating across 12 states, Washington, D.C., and Canada. It recently won the Washington state contract to develop what it claims will be the first state cannabis seed-to-sale real-time monitoring system in the United States.

"That gives the Washington state board real time visibility into every plant and every fraction of a gram of a plant, material in the product life cycle, in their state," Vo said. "At any point in time, they can see where every plant is at, how many plants there are, where all the inventory is at, what is on the road, what has been tested and who is selling what."

When a new plant is created, the system generates a globally unique 16-digit identifier that will stay with that plant.

The company said businesses were happy with the software and looking forward to the next step in the pot industry revolution.

"We don't have banking right now, which I'm sure the nation knows about, but having the level of detail that BioTrack THC, supports or supplies, is actually helping us develop some banking relationships," Philips said.

BioTrack THC said its system provides a legal process to selling marijuana. The next hurdle for the Florida-based company is waiting to see whether Florida voters will approve a medicinal marijuana referendum in the state's November election.

Related

  

Colorado marks one year of recreational marijuana sales
In "CCTV News"

Edible Marijuana in Colorado
In "CCTV News"

Can Haiti turn the page from charity to business investment?
In "CCTV News"

# Medbox Partners with Bio-Tech Medical Software to Create Nation's Safest Prescription Drug and Medical Marijuana Distribution System

 () 

HOLLYWOOD, Calif., Feb. 13, 2013 /PRNewswire/ -- Medbox, Inc. (OTC Markets: MDBX) (www.medboxinc.com (http://www.medboxinc.com/)), announced that it has acquired an equity stake in and entered into a licensing agreement with Bio-Tech Medical Software, Inc. (Bio-Tech). The agreements allow for Medbox to record earnings of 25% at a minimum and 50% at a maximum depending on Medbox's level of involvement in the revenue generating deals for Bio-Tech. Bio-Tech is an innovative corporation that has developed BioTrackTHC, the nation's only true marijuana seed-to-sale tracking system as well as the HIPAA compliant, SAS70 approved biometric e-prescribing technology, BioScriptRx, that can prevent "doctor shopping" in pharmacies and pain management clinics nationwide. Their patented technology is also capable of tracking Pseudoephedrine, an OTC medication commonly purchased for the explicit purpose of methamphetamine production. The industry leading patents that are the subject of the agreements are U.S. Patent numbers 8,086,470 and 8,335,697.

The transaction involved a combination of cash and stock wherein the restricted stock component has a mandatory 24 month lock-up period. Medbox will take possession of the ownership stake in Bio-Tech, which shall remain in escrow, after its Form 10 is filed with the SEC in early March 2013.

"Our company is growing by leaps and bounds and as a result can target companies that are emerging and have relevance for mutually beneficial partnerships," stated Dr. Bruce Bedrick, CEO of Medbox. "Bringing value to our company and its shareholders is our number one priority."

Prior to this transaction, Medbox provided patented tracking and dispensing technologies at the point of sale at licensed marijuana dispensaries. Now Medbox technologies can be used to track every aspect of marijuana cultivation, inventory management, all the way to the point of dispensing. The company reports that this was a missing piece of the puzzle that will allow for a complete all-in-one solution the company can market to operators in medical and recreational marijuana states. This powerful compliance tool will also be showcased for educational and demonstration purposes for state officials looking to learn how to implement and track state adopted medical and recreational marijuana programs in their respective states.

Bio-Tech has been in business since 2007 and has been involved with multiple state bills in both Florida and Colorado. The company also has contacts in additional states that they will continue to tap in pursuit of further legislative opportunities. Their flagship marijuana tracking system, BioTrackTHC, has been in production use for over two years and has been featured in many news segments, including 60 minutes. BioScriptRx was initially piloted in 2009 as a controlled substance tracking platform, but has since expanded to include pseudoephedrine tracking and biometric e-prescribing. The

company's CEO, Dr. Steven Siegel, said "Medbox is the perfect partner for both of our major product lines. Their patented technology, goals, and proven track record are consummate with our own and we look forward to a long-term, mutually beneficial relationship."

According to the Centers for Disease Control and Prevention, prescription pill abuse is a national epidemic. Officials in Pennsylvania are moving quickly to integrate biometric means of reducing prescription abuse and fraud. Last year, New York signed the I-STOP law that requires real-time monitoring of prescriptions and electronic distribution of prescription pills. A number of other states are also looking for means of controlling the epidemic.

"This is the future of prescription drug regulation. We believe it is only a matter of time before every state adopts this technology for the regulation of Schedule II drugs and pseudoephedrine," says Dr. Bedrick. "We believe the combination of Bio-Tech software and Medbox hardware can go a long way towards stopping prescription drug abuse from coast to coast."

A summary of the patents that are an integral part of the Medbox & Bio-Tech Medical Software transaction are as follows:

**US Patents: 8,086,470 & 8,335,697:** A system and method for a matching system that cross-references patients anonymously with doctors and pharmacies. The invention uses patient-unique biometrics, such as fingerprinting, retinal scanning, or another such unique identifier, for patient identification and verification without revealing a patient's name or other personal information. The system tracks patient prescriptions and produces alerts to indicate potential problems, such as drug interactions or possible fraudulent behavior. The system utilizes the biometric data of the prescribing physician as authorization of the prescription. The system can produce a traceable paper trail, for investigation or prosecution, and protects the medical industry, patients, and the public from the consequences of doctor shopping.

**About Medbox, Inc.:**
Medbox is a leader in the development, sales and service of automated, biometrically controlled dispensing and storage systems for medicine and merchandise. Medbox has offices throughout the world, including New York, Arizona, Connecticut, Massachusetts, Tokyo, London and Toronto, and has their corporate headquarters in Los Angeles.

Medbox provides their patented systems, software and consulting services to pharmacies, dispensaries, urgent care centers, drug rehab clinics, hospitals, prison systems, hospice facilities, and medical groups worldwide.

Medbox, Inc. is a publicly traded company, and is quoted on the OTC Markets, ticker symbol MDBX.

For more information on Medbox, please contact the Medbox Investor Relations Department at (800) 762-1452 or go online to www.medboxinc.com (http://www.medboxinc.com/).

**Forward-Looking Statements:** The statements in this press release regarding state adoption of technology similar to that offered by Medbox and Bio-Tech Medical Software constitute forward-looking statements within the meaning of federal securities laws. Such statements are based on our current beliefs and expectations and are inherently subject to significant business, economic and competitive uncertainties and contingencies, many of which are beyond our control. In addition, such forward-looking statements are subject to assumptions with respect to future business strategies and decisions that are subject to change. Potential risks and uncertainties include, but are not limited to, technical

advances in the industry, political conditions and economic conditions in the states considering such legislation.  We do not take any obligation to update any forward-looking statement to reflect events or developments after a forward-looking statement was made.

SOURCE Medbox, Inc.


RELATED LINKS
http://www.medboxinc.com (http://www.medboxinc.com)



800-797-4711    Tech Support: 844-420-TECH

ABOUT US    BENEFITS    MJ RESOURCES    DEMO    STATES    CONTACT US    SUPPORT

# BioTrackTHC Announces Strategic Alliance with Adherence Colorado

FT. LAUDERDALE, Fla., Feb. 3, 2015 /PRNewswire/ --

BioTrackTHC, the top provider of seed-to-sale software solutions for medical and retail marijuana businesses, today announced a strategic alliance with Adherence Colorado, the leading provider of compliance audits and inventory reconciliation for the cannabis industry.

The agreement allows BioTrackTHC to leverage Adherence Colorado's regulatory compliance and inventory management services to help solve issues for BioTrackTHC's rapidly growing number of clients in Colorado.

"We continue to create alliances with fellow industry leaders like Adherence Colorado to benefit our customers' operations," said Steven Siegel, CEO, BioTrackTHC.

Adherence Colorado currently has more than 15 licensed and badged auditors and consultants who work on-site with licensees to correct issues related to compliance, inventory control and tracking. As part of the agreement, Adherence Colorado will provide BioTrackTHC's clients with reduced price compliance audits for $500 per license through March 31, 2015.

"We're very excited to be working with BioTrackTHC, and to be providing our auditing and inventory optimization services to help even more marijuana industry businesses in Colorado," said Steve Owens, founder and CEO of Adherence Colorado. "Our agreement creates a one-stop shop for best-of-breed software, regulatory compliance audits, inventory process improvement and more."

Adherence Colorado currently conducts compliance audits for dispensaries/stores, marijuana-infused product manufacturers (MIPs) and cultivation facilities, for both medical and retail licensees. The company's proprietary software allows auditors to ensure that licensed marijuana businesses are in compliance with state and local laws. Adherence Colorado also works directly with Marijuana Enforcement Tracking Reporting Compliance (METRC), the state's mandatory marijuana inventory tracking system.

### About Adherence Colorado

Compliance is science. Adherence Colorado is the market leader in automated regulatory compliance and revenue assurance services for the cannabis industry. Adherence Colorado conducts state-of-the-art, real-time compliance audits and inventory reconciliation for licensed medical and retail marijuana businesses, and the company's proprietary software also provides valuable information for banks, investors and insurers. For more information, visit: www.adherence-colorado.com (http://www.adherence-colorado.com) or call: (720) 536-0667.

### About BioTrackTHC

BioTrackTHC, a division of Bio-Tech Medical Software, Inc., provides effective and cutting-edge technology solutions for the emerging medical and legal marijuana industries. BioTrackTHC is the nation's only true seed-to-sale software system with enterprise resource planning, complete inventory tracking, point-of-sale, marketing, financial reporting and regulatory compliance features. Visit https://biotrackthc.com (https://biotrackthc.com) for more information.

Logo – http://photos.prnewswire.com/prnh/20131021/FL0113BLOGO (http://photos.prnewswire.com/prnh/20131021/FL0113BLOGO)

### Media Contacts:

- Ali Randall for Adherence Colorado
- Daisy Public Relations

- Phone: (303) 718-3373
- Email: alir16@yahoo.com (mailto:alir16@yahoo.com)

- Phillip Bergman
- BioTrackTHC
- Phone: (845) 728-3984
- Email: philbergman@hotmail.com (mailto:philbergman@hotmail.com)

SOURCE BioTrackTHC

 (http://prnewswire.com)

**News Type:**

Press Releases (/news/press-releases)

The industries only true seed-to-sale Medical Marijuana Software! BioTrackTHC was designed to not only offer you a turn-key Medical Marijuana POS software system to meet state regulations, but to actually enhance every aspect of your medical marijuana business! Our medical cannabis software allows for easy grow house location tracking, inventory, patient management, point-of-sale system and easy accounting reporting. As the market leader in Marijuana software BioTrackTHC uses cutting edge technology and offers the most robust Marijuana POS software in the industry to help you run your business more efficiently and profitably while staying compliant. Other systems were designed to help you run your business, our system was designed to make your business successful!

BioTrackTHC: Fort Lauderdale, Florida, US | www.crowdfunder.com                Page 1 o

RAISE CAPITAL        BROWSE COMPANIES        LEARN                    LOG IN

# BioTrackTHC

*The Only Seed to Sale Solution*

Fort Lauderdale, Florida, US

Tech Startup,   Healthcare,   Internet (Softw
Services),   Pharmaceutical

This company and other
may be fundraising.

Login or signup to access deals

**UNLOCK INVESTOR ACCESS**

## Connect with Company

**FOLLOW**            **SHARE**

📇 **COMPANY**

Overview

Leadership

Top

## COMPANY OVERVIEW

### Why We Started This Company

The company was originally founded in 2007 to track controlled substances
and protect pharmacies, doctors and patients. In 2009, recognizing a growing
trend, the same technology was altered to assist dispensaries, states and
countries track marijuana from seed to sale. Evolving with the industry, the
company has since begun tracking for the entire state of Washington and
offering its technology and drug policy expertise around the world.

### What Sets Us Apart

A company is only as good as the key personnel driving that company
forward. Thanks to its diverse employee pool and its commitment to building
the company s skillsets from within, the BioTrackTHC system is more than just
a software application; it s a dedication to excellence. The BioTrackTHC
software platform is powering the state of Washington and more regulated
marijuana dispensaries than any other software platform available today.

## RECENT ACTIVITY

BioTrackTHC added a team member
Patrick Vo.
A few weeks ago

# BioTrackTHC's Seed-to-Sale Enterprise System Implemented by First Grower Owned Medical Cannabis Processing Collective in California

[Share] () 8+1 [Twitter] [in]



The world's largest Seed to Sale Solution deployed in more than 800 locations in 15 states, Washington D.C., Canada, & South America.

 Facebook () Twitter Pinterest

FT. LAUDERDALE, Fla., Dec. 2, 2014 /PRNewswire/ -- BioTrackTHC™, the most extensively-used seed-to-sale enterprise system in the marijuana industry, is the system of choice for First MC Processing, LLC, today announced by MCFM Group (http://www.mcfmgroup.com (http://www.mcfmgroup.com/)) as California's first grower owned medical cannabis processing collective in California.

First MC Processing, LLC is vertically integrated from grower to patient. The collective utilizes tracking software by BioTrackTHC to provide complete transparency for all regulatory agencies. First MC Processing, LLC's facility is located at 1211 Evergreen, Meadows Business Park, Redway, California.

"This is an important milestone established by MCFM Group," said Dr. Moe Afaneh, Chief Operating Officer, BioTrackTHC. "Our enterprise system strengthens the collective's regulatory tracking and reporting capabilities."

First MC Processing, LLC is the first venture launched by MCFM Group. MCFM Group is a private investment fund engaged exclusively in the business of financing and providing executive management services to organizations involved in the medical cannabis industry in California.

David A. Taggart, CEO of MCFM Group, stated he expects First MC Processing, LLC to be the first of several grower owned collectives MCFM Group will open in Humboldt County. Taggart stated, "Humboldt is already known throughout the world for the quality of the product of its environmentally conscious growers. MCFM Group was established to facilitate the marketing of the legendary Humboldt product." David A. Taggart is a resident of Westminster, Colorado, and the former General Counsel for Montgomery Engineering, which is headquartered in Boulder, Colorado.

Karyn E. Wagner, Chief Cultural Evangelist, is devoted to branding Humboldt product. "Humboldt product is already internationally famous. We are going to use the uniqueness of Humboldt to brand its product." Wagner adds, "We see the Humboldt name as legendary. We have some ideas for branding Humboldt that we believe can rival the landmark California agricultural and food branding and marketing campaigns."

First MC Processing, LLC will hold an Open House for Southern Humboldt on December 5, 2014, to showcase its facilities and operation. Visitors have been invited to tour the facility and learn about the collective's commitment to transparency and the innovative way in which it complies with California Medical Cannabis Laws and Federal Guidelines.

First MC Processing, LLC is distinguished by the practices of its grower members who are small family farmers. First MC Processing, LLC's growers are devoted to outdoor, environmentally conscious, sustainable cannabis production. First MC Processing, LLC's processing facility features state of the art pharmaceutical grade equipment that produces a clean, environmentally safe product with no harmful chemical solvent residue.

BioTrackTHC's commercial platform is deployed in more than 800 locations in 15 states, Washington D.C., Canada and South America. Its traceability system is utilized state-wide as the official regulatory capability for all recreational marijuana businesses in the state of Washington. The company pivoted from tracking pharmaceuticals to become the national leader in cannabis tracking for marijuana growers, dispensaries and regulators.

About BioTrackTHC

BioTrackTHC employs custom-made tracking software to ensure the most rigorous standards are met for the ever-evolving cannabis industry. Visit www.BioTrackTHC.com (http://www.biotrackthc.com/) for more information and sales@biotrackthc.com (mailto:sales@biotrackthc.com) or call 1-800-797-4711 to order software.

This Press Release is for informational purposes only and does not constitute an offer or solicitation to sell shares or securities in the Company or any related or associated company.

Logo - http://photos.prnewswire.com/prnh/20131021/FL01138LOGO
(http://photos.prnewswire.com/prnh/20131021/FL01138LOGO)

SOURCE Bio-Tech Medical Software, Inc.


RELATED LINKS
http://www.BioTrackTHC.com (http://www.BioTrackTHC.com)

BioTrackTHC's Seed-to-Sale Enterprise System Implemented by First Grower... M. Page 1 of 2

BioTrackTHC's Seed-to-Sale Enterprise Sy

(https://...) ...05/01/2015 Log in
url=http://article...BioTrackTHC...

# BioTrackTHC's Seed-to-Sale Enterprise System Implemented by First Grower Owned Medical Cannabis Processing Collective in California

Posted, 2014-12-02

*S* PR Newswire

News ()

Videos ()

Video Details ()

Wikipedia ()



🖨 SMS this page

✉ Email this page

🔗 Share this page

(http://www.facebook.com/sharer.php?
u=http://article.wn.com/view/2014/12/02/BioTr

BY EMAIL ★

Latest News

0

## Trending News

Mahinda Rajapaksa
(http://wn.com/Mahin
New England
Patriots
(http://wn.com/New_I
People's Choice
Awards
(http://wn.com/Peopl
Cleveland Cavaliers
(http://wn.com/Clevel
European Central
Bank
(http://wn.com/Europ
Angela Merkel
(http://wn.com/Angel
Pedro Martinez
(http://wn.com/Pedro_
Bill Cosby
(http://wn.com/Bill_C
AirAsia
(http://wn.com/AirAsi
Republican Party
(http://wn.com/Reput

T he world (http://wn.com/The_world)'s largest Seed (http://wn.com/Seed) to Sale (http://wn.com/Sale) Solution (http://wn.com/Solution) deployed in more than 800 locations in 15 states, Washington D.C. (http://wn.com/Washington_D.C.), Canada (http://wn.com/Canada), & South America (http://wn.com/South_America). Facebook Twitter Pinterest × The world's largest Seed to Sale Solution deployed in more than 800 locations...

PR Newswire (http://www.prnewswire.com/news-releases/biotrackthcs-seed-to-sale-enterprise-system-implemented-by-first-grower-owned-medical-cannabis-processing-collective-in-california-300002890.html) 2014-12-02

Read full article (http://www.prnewswire.com/news-releases/biotrackthcs-seed-to-sale-enterprise-system-implemented-by-first-grower-owned-medical-cannabis-processing-collective-in-california-300002890.html)

Translate:

8- Follow     8.7k

Like ⟨ 105k

Follow

## Related Videos

‹ ›



co-CEO Patrick Vo at BioTrackTHC discusses 'seed-to-
Published 28 Aug 2013



Processing Tutorial 1 - Getting to know Processing
Published 20 May 2011



Intro to Processing and Arduino 1/6
Published 14 Sep 2012



Factorio 05 Oil Processing
Published 17 Dec 2014



Processin
Overview
visualizati
Published 18 O

# New Times

**BROWARD PALM BEACH**

# FORT LAUDERDALE'S BIOTRACKTHC HELPS MARIJUANA SELLERS TRACK INVENTORY

**BY RAY DOWNS**          TUESDAY, MARCH 17, 2015  |  11 HOURS AGO



BioTrackTHC creates software that tracks marijuana from "seed-to-sale."

*Shutterstock*

Marijuana might not be legal in Florida yet, but that's not stopping a Fort Lauderdale software company from being at the forefront of technology helping the more enlightened states keep track of how cannabis is processed and sold.

Fort Lauderdale's BioTrackTHC Helps Marijuana Sellers Track Inventory | New Times B...    Page 2 of 4

BioTrackTHC is a 5-year-old software technology firm that has managed to make it to the top of the marijuana inventory game. It has developed an inventory program that is being used in 17 states as well as D.C. and Canada. In most states, the program is used by individual retailers, including medical and recreational, to keep track of inventory. And in Washington state, BioTrackTHC created the state government's official system that monitors every recreational cannabis product from the time a seed is planted until it's sold at a dispensary.

After Washington legalized recreational marijuana, state officials wanted a way to keep close track of sales. Twenty-two companies, including Xerox, submitted proposals but Fort Lauderdale's BioTrackTHC won the contract and quickly developed a statewide tracking system.

"In under 100 days, we developed the country's first real-time, full seed-to-sale state monitoring system that enables the Washington state liquor control board to have full, real-time visibility over every single plant and every single gram in production in their state," says Patrick Vo, co-CEO of BioTrackTHC.

The phrase "seed-to-sale" is literal. Each seed planted in a growhouse is given a 16-digit barcode that keeps track of the production process from the seed's planting and onward. After the plant sprouts buds, the picked marijuana keeps the original barcode and a sample is sent to a lab for testing for mold and bacteria. If it passes, the marijuana with that barcode is then ready to be distributed to retailers and put on shelves. And when a customer finally purchases that marijuana, it's possible to find out where it was grown, tested, and transported.

"You and I can go into any retailer in Washington and have the peace of mind that every product on the shelf has passed laboratory testing," Vo says. "You cannot say that for medical marijuana in Washington, let alone marijuana for any other state, because there is no system of controls preventing bad product from getting onto retail shelves."

In December 2014, *USA Today* and Denver TV news station 9 News compared Colorado's recreational marijuana tracking with Washington's and found that Colorado was behind in tracking testing, contaminants, and potency.

As for the price of this system, it isn't exactly gargantuan, especially by government-spending-level standards. The initial set-up and install fee was $750,000, and the yearly maintenance and support fee is $180,000.

And Vo says other states might soon be emulating Washington's model.

"We have seen a greater interest from states to implement a similar state-monitoring system," he says.

The company is currently in negotiations with three states, which it can't disclose.

Interestingly, BioTrackTHC didn't start out tracking pot. Its parent company is BioTech and was founded about ten years ago by Dr. Steven Siegel, a medical center entrepreneur who noticed there was a problem in how painkiller prescriptions are tracked.

"I started seeing people come in from Kentucky, and I knew instantly what they were there for," says Siegel, referring to what would later be termed "doctor shopping," the illegal but hard-to-prevent practice of getting a single prescription filled multiple times by different doctors.

So Siegel looked for a way to prevent people from getting prescriptions they weren't given by a doctor. And with the help of a business incubator at the University of Central Florida, Siegel developed a biometric program designed to prevent people from using single prescriptions multiple times by using their fingerprint to get meds.

By collecting biometric data from individuals prescribed oft-abused narcotics such as oxycodone, the program would eventually be used to combat the pill-mill problem, which became a blight on Florida's national reputation in recent years and resulted in a massive crackdown.

Impressed by the efficacy of the software, the DEA called Siegel and said it wanted to model a tracking system around BioTech's model to give doctors the option to e-prescribe instead of relying solely on handwritten prescriptions.

"Because we're the ones the DEA wrote the rule changes around, we secured patents around it really quick," Siegel explains.



BioTrackTHC's inventory program is being used in 17 states across the country.

*Photo by Mark via Wikipedia Commons*

Fort Lauderdale's BioTrackTHC Helps Marijuana Sellers Track Inventory | New Times ...

By 2010, they caught the eye of budding medical marijuana businesses in Colorado that wanted a modern way of keeping track of their products. And because Bio-Tech had previously been given something of a seal of approval from the DEA, they seemed like a good company to team up with if you're a marijuana dispensary abiding by state laws but under scrutiny by the feds, since marijuana is still illegal under federal law. This led to a change in BioTech's business model and paved the way for BioTrackTHC.

"Using the pharmaceutical software as the foundation, we pivoted from pharmaceutical tracking to marijuana tracking," Vo says. "We created a tailored solution for medical marijuana businesses that addresses the challenges that are unique to cannabis production."

In many ways, BioTrackTHC is a Florida creation: It was born out of an FCU business incubator by Siegel, who was born and raised in South Florida. It's also kept running by more than 30 employees in Fort Lauderdale, including coders, tech support, and sales people. So it's too bad the Sunshine State isn't reaping more local economic benefits that BioTech is helping to create around the country.

But if Florida does legalize marijuana, Siegel is confident BioTrackTHC will be tracking the sales. And if it does, the BioTech founder predicts his company will have a lot of work to do. Florida's senior-citizen population and fun-seeking tourists will provide a gigantic client base.

"According to what I hear, the market here in Florida will be bigger than Colorado and Washington combined," says Siegel.

Sponsor Content



©2015 New Times BPB, LLC. All rights reserved.

# Medbox Partners with Bio-Tech Medical Software to Create Nation's Safest Prescription Drug and Medical Marijuana Distribution System



HOLLYWOOD, Calif., Feb. 13, 2013 /PRNewswire/ -- Medbox, Inc. (OTC Markets: MDBX) (www.medboxinc.com (http://www.medboxinc.com/)), announced that it has acquired an equity stake in and entered into a licensing agreement with Bio-Tech Medical Software, Inc. (Bio-Tech). The agreements allow for Medbox to record earnings of 25% at a minimum and 50% at a maximum depending on Medbox's level of involvement in the revenue generating deals for Bio-Tech. Bio-Tech is an innovative corporation that has developed BioTrackTHC, the nation's only true marijuana seed-to-sale tracking system as well as the HIPAA compliant, SAS70 approved biometric e-prescribing technology, BioScriptRx, that can prevent "doctor shopping" in pharmacies and pain management clinics nationwide. Their patented technology is also capable of tracking Pseudoephedrine, an OTC medication commonly purchased for the explicit purpose of methamphetamine production. The industry leading patents that are the subject of the agreements are U.S. Patent numbers 8,086,470 and 8,335,697.

The transaction involved a combination of cash and stock wherein the restricted stock component has a mandatory 24 month lock-up period. Medbox will take possession of the ownership stake in Bio-Tech, which shall remain in escrow, after its Form 10 is filed with the SEC in early March 2013.

"Our company is growing by leaps and bounds and as a result can target companies that are emerging and have relevance for mutually beneficial partnerships," stated Dr. Bruce Bedrick, CEO of Medbox. "Bringing value to our company and its shareholders is our number one priority."

Prior to this transaction, Medbox provided patented tracking and dispensing technologies at the point of sale at licensed marijuana dispensaries. Now Medbox technologies can be used to track every aspect of marijuana cultivation, inventory management, all the way to the point of dispensing. The company reports that this was a missing piece of the puzzle that will allow for a complete all-in-one solution the company can market to operators in medical and recreational marijuana states. This powerful compliance tool will also be showcased for educational and demonstration purposes for state officials looking to learn how to implement and track state adopted medical and recreational marijuana programs in their respective states.

Bio-Tech has been in business since 2007 and has been involved with multiple state bills in both Florida and Colorado. The company also has contacts in additional states that they will continue to tap in pursuit of further legislative opportunities. Their flagship marijuana tracking system, BioTrackTHC, has been in production use for over two years and has been featured in many news segments, including 60 minutes. BioScriptRx was initially piloted in 2009 as a controlled substance tracking platform, but has since expanded to include pseudoephedrine tracking and biometric e-prescribing. The

company's CEO, Dr. Steven Siegel, said "Medbox is the perfect partner for both of our major product lines. Their patented technology, goals, and proven track record are consummate with our own and we look forward to a long-term, mutually beneficial relationship."

According to the Centers for Disease Control and Prevention, prescription pill abuse is a national epidemic. Officials in Pennsylvania are moving quickly to integrate biometric means of reducing prescription abuse and fraud. Last year, New York signed the I-STOP law that requires real-time monitoring of prescriptions and electronic distribution of prescription pills. A number of other states are also looking for means of controlling the epidemic.

"This is the future of prescription drug regulation. We believe it is only a matter of time before every state adopts this technology for the regulation of Schedule II drugs and pseudoephedrine," says Dr. Bedrick. "We believe the combination of Bio-Tech software and Medbox hardware can go a long way towards stopping prescription drug abuse from coast to coast."

A summary of the patents that are an integral part of the Medbox & Bio-Tech Medical Software transaction are as follows:

**US Patents: 8,086,470 & 8,335,697:** A system and method for a matching system that cross-references patients anonymously with doctors and pharmacies. The invention uses patient-unique biometrics, such as fingerprinting, retinal scanning, or another such unique identifier, for patient identification and verification without revealing a patient's name or other personal information. The system tracks patient prescriptions and produces alerts to indicate potential problems, such as drug interactions or possible fraudulent behavior. The system utilizes the biometric data of the prescribing physician as authorization of the prescription. The system can produce a traceable paper trail, for investigation or prosecution, and protects the medical industry, patients, and the public from the consequences of doctor shopping.

**About Medbox, Inc.:**
Medbox is a leader in the development, sales and service of automated, biometrically controlled dispensing and storage systems for medicine and merchandise. Medbox has offices throughout the world, including New York, Arizona, Connecticut, Massachusetts, Tokyo, London and Toronto, and has their corporate headquarters in Los Angeles.

Medbox provides their patented systems, software and consulting services to pharmacies, dispensaries, urgent care centers, drug rehab clinics, hospitals, prison systems, hospice facilities, and medical groups worldwide.

Medbox, Inc. is a publicly traded company, and is quoted on the OTC Markets, ticker symbol MDBX.

For more information on Medbox, please contact the Medbox Investor Relations Department at (800) 762-1452 or go online to www.medboxinc.com (http://www.medboxinc.com/).

**Forward-Looking Statements:** The statements in this press release regarding state adoption of technology similar to that offered by Medbox and Bio-Tech Medical Software constitute forward-looking statements within the meaning of federal securities laws. Such statements are based on our current beliefs and expectations and are inherently subject to significant business, economic and competitive uncertainties and contingencies, many of which are beyond our control. In addition, such forward-looking statements are subject to assumptions with respect to future business strategies and decisions that are subject to change. Potential risks and uncertainties include, but are not limited to, technical

Medbox Partners with Bio-Tech Medical Software to Create Nation's Database Prescription

advances in the industry, political conditions and economic conditions in the states considering such legislation. We do not take any obligation to update any forward-looking statement to reflect events or developments after a forward-looking statement was made.

SOURCE Medbox, Inc.

RELATED LINKS
http://www.medboxinc.com (http://www.medboxinc.com)

**From the Boston Business Journal**
:http://www.bizjournals.com/boston/blog/techflash/2013/02/medbox-partners-with-bio-tech-medical.html

# Medbox partners with Bio-Tech Medical on marijuana distribution system

Feb 14, 2013, 10:56am EST

By Maureen McCarthy, Special to Mass High Tech

Medbox Inc. (OTC Markets: MDBX) of Calif., a developer of medical marijuana dispensing systems, announced it has entered into a licensing agreement and <u>acquired an equity stake</u> in Bio-Tech Medical Software Inc. (Bio-Tech) of Florida.

The newly formed partnership, according to both companies, will create a prescription drug and medical marijuana distribution system. Bio-Tech brings two distinct, patented technologies to the table: BioTrackTHC - a marijuana "seed-to-sale" tracking system and BioScriptRx, a HIPAA compliant, SAS70 approved biometric e-prescribing technology dedicated to preventing "doctor shopping" via pharmacies and pain management clinics.

According to <u>Medbox CEO Dr. Bruce Bedrick</u>, the Bio-Tech's patents are "tremendously strong and will ultimately help Medbox save lives."

"(Bio-Tech) is essentially in lock step with us in both industries - the medical marijuana and traditional pharmaceutical industry in healthcare," Bedrick told Mass High Tech.

"They also further our goal to be the safest, most secure and most convenient and legally compliant way to dispense prescription pharmaceuticals," he said.

The cash and stock transaction will allow Medbox, which has offices in Massachusetts, Connecticut and five other cities in the U.S. and Canada, to record earnings of 25 percent at a minimum and 50 percent at a maximum "depending on Medbox's level of involvement in the revenue generating deals for Bio-Tech," according to the company.

The transaction includes a restricted stock component with a mandatory 24 month lock-up period. In March 2013 and following the filing of its Form 10 with the SEC, Medbox will take possession of the ownership stake in Bio-Tech.

Medbox Inc. is headquartered in West Hollywood, Calif., and provides patented systems, software and consulting services to pharmacies, dispensaries, urgent care centers, drug rehab clinics, hospitals, prison systems, hospice facilities, and medical groups worldwide.

**EXHIBIT**

*C*

tabbies

"Our company is growing by leaps and bounds and as a result can target companies that are emerging and have relevance for mutually beneficial partnerships," Bedrick said. "Bringing value to our company and its shareholders is our number one priority."

Bio-Tech Medical was founded in 2007 and is a creator of a biometric, real-time, anonymous prescription monitoring database designed to protect patient privacy and law enforcement intelligence.

In a statement, Bio-Tech CEO, Dr. Steven Siegel said the Medbox partnership will benefit both companies and is in line with their collective goals and initiatives.

"Medbox is the perfect partner for both of our major product lines. Their patented technology, goals, and proven track record are consummate with our own and we look forward to a long-term, mutually beneficial relationship," Siegel said.

In recent months, Medbox has experienced staggering stock gains and losses. In November 2012, Medbox stock spiked to a record high of $215 per share - a leap prompted when Massachusetts joined 18 other states dispensing medical marijuana to those suffering from chronic illnesses.

During the same month and in sharp contrast, stocks plummeted to $20 per share.

Since then, Medbox stock rebounded to $100 a share but continues to hover around $45-$50 per share. Medbox stocks opened at $48 per share at Thursday's open.

  

**Angel Investment Network**

20,000 members    Join  ⚙

Discussions    Promotions    Jobs    Search


Ads You May Be Interested In


Heidenhain, Hydrokomp
Techimetal cable carries & all covers, supporting pads, conveyors, cubes


The B2B Lighting Source
Buy lighting from BulbAmerica, the company that Apple,Google,& others trust

Invitation from LinkedIn
Place ads on LinkedIn. Acquire new customers for your business. Try it now.

About | Feedback | Privacy & Terms
LinkedIn Corp. © 2015

Have something to say? Join LinkedIn for free to participate in the conversation. When you join, you can comment and post your own discussions.



Steven

### funding needed

**Steven S.**
CEO BioTrackTHC Government and Commercial Marijuana Tracking

Bio-Tech Medical Software, Inc. was created to provide technology solutions for the prescribe-able controlled substances industry and the emerging marijuana industry in the United States. Specifically, the Company has developed three core products: a marijuana seed-to-sale enterprise resource planning, point-of-sale and compliance reporting system (BioTrackTHC), a biometrics-based electronic prescribing system (BioScriptRx), and a series of biometrics-based real-time anonymous tracking systems (BioTrackRx, BioTrackPSE, and BioTrackMJ).

The Company's unique technology products are patent protected (one issued patent USPTO # 8,086,470 and one patent to be issued January 2013), and the inventor, Dr. Steven Siegel, has assigned all patent rights to the Company in perpetuity. 954-850-2146

Like • Comment (4) • Share • January 7, 2013

Comments

 Steven S. likes this

4 comments



Danish

**Danish A.**
IT Entreprenuer, Innovation Investor, Startups Evangelist – Founder & CEO Viable Dimensions

Steve - Your post provides a boiler plate description of what you have done. What do you need the funding for? $ value? other details?

Please do share as much as you can.



Steven

**Steven S.**
CEO BioTrackTHC Government and Commercial Marijuana Tracking

Can you send an email? Ceo@BioTrackThc.com Too much to post. I should have all the docs you would need.

**Steven S.**
CEO BioTrackTHC Government and Commercial Marijuana Tracking

We have a full business plan with financials. The biometric medical cannabis technology is to market and required by law in Colorado. Most of the other states that have legal cannabis tracking laws are using Colorado as their template. This technology was Developed working with Matt Cook who was appointed to write the cannabis laws in Colorado. The biometric e-prescribing technology is ready to market just needs a integration coding. It's been through the DEA required SAS-70 technology audit and passed. The market with e-prescribing with just one company does 4 million prescriptions a day at 10 cents a prescription. I would love to send you our perspectives



Dick

**Dick B.**
Entrepreneur

Please send ES or 1-2 page summary. Thanks. Dick Brown (dick@amerwld.com)



EXHIBIT
D

## BioTrackTHC's Patrick Vo's email memo to L. Koski of Colorado MED

From: Patrick Vo <patrick.vo@biotrackthc.com<mailto:patrick.vo@biotrackthc.com>>
Sent:
To: lewis.koski@state.co.us<mailto:lewis.koski@state.co.us>>
Pfeiffer - DOR, Shannon <shannon.pfeiffer@state.co.us<mailto:shannon.pfeiffer@state.co.us>>
Cc: Patrick Vo <patrick.vo@biotrackthc.com<mailto:patrick.vo@biotrackthc.com>>,
Steven Siegel <ceo@biotrackthc.com<mailto:ceo@biotrackthc.com>>,
Gary Greenwood <gary.greenwood@biotrackthc.com<mailto:gary.greenwood@biotrackthc.com>>

Subject: Copy of Email to Senator Hill: Marijuana State Monitoring by BioTrackTHC

Dear Senator Hill,

Thank you so much for taking our call yesterday.  We are BioTrackTHC, the provider of the State of Washington's Marijuana Seed-to-Sale Traceability System.  In your interview with NBC 9 News' Chris Vanderveen, you were shown publicly available data regarding the State of Washington's recreational marijuana program: marijuana testing activity, sales activity, and even enforcement violations and visits (http://www.9news.com/story/news/investigations/2014/12/29/marijuana-contaminants-testing/21019837/). All of that data, and more, comes directly out of the comprehensive state monitoring system we delivered to Washington.

The news piece contrasts the the detail and robustness of Washington's data against the complete lack of Colorado data and suggests that the issue is a lack of transparency and openness on the part of Colorado.  Unfortunately, the only thing that greater transparency will reveal is that Colorado is neither capturing nor able to report on any meaningful marijuana industry data, medical or recreational.  Not only is the software system utilized by the Colorado Marijuana Enforcement Division (MED) wholly inadequate for tracking marijuana from seed-to-sale, computing tax obligations, etc., it is highly unlikely that it will be able to capture laboratory testing data even though the state started ordering testing in the Spring.

This is not the fault of the MED.  The MED awarded a contract for a marijuana tracking system before true marijuana seed-to-sale technology was available, and so the contract was awarded to a company that has zero experience in marijuana tracking.  As a result, Colorado has a system that cannot capture or produce the data the State needs to promote public safety, prevent diversion, enforce regulations, or collect taxes.  As you so correctly stated, "if we don't have data on those outcomes, then how can we say we're being successful?"

The good news is that Colorado is not stuck without options.  The contract with the current system provider (Original Contract CMS # TAA 12/34445) clearly states, "Section 15. Part B. Early Termination in the Public Interest. The State is entering into this Contract for the purpose of carrying out the public policy of the State of Colorado, as determined by its Governor, General Assembly, and/or Courts. If this Contract ceases to further the public policy of the State, the State, in its sole discretion, may terminate this Contract in whole or in part." We believe that because the MED's current system is unable to provide even the simplest aggregate data, it is not furthering the public policy of the State and the contract may be terminated (an argument could be made that it is in fact hindering the public policy of the State).

Per your discussion with Steven Siegel, CEO, we would be happy to have further discussions with you to see what can be done to possibly replace the current system with the proven system utilized by the State of Washington.  It is in everyone's best interest that Colorado's medical and recreational marijuana industries continue to thrive, so it is imperative that Colorado not make a similar mistake in using unproven technology.  The BioTrackTHC system has been battle-tested for the last year, and as you witnessed, is providing all of the data the State of Washington needs for a successful marijuana program.

Patrick Vo | Chief Operating Officer | BioTrackTHC 3101 N. Federal Highway, Suite 400 | Fort Lauderdale, FL  33306
Phone: 800.797.4711 | Cell: 954.696.3932 Web: http://www.BioTrackTHC.com <http://www.biotrackthc.com/>



EXHIBIT
E



## BioTrackTHC Partners with Cannabis Global Initiative to Expand Business Opportunities





*The Only Seed to Sale Solution*

The world's largest Seed to Sale Solution deployed in more than 800 locations in 15 states, Washington D.C., Canada, & South America.

FORT LAUDERDALE, Fla., April 22, 2015 /PRNewswire/ -- BioTrackTHC™, the leading provider of seed-to-sale software solutions for medical and retail marijuana businesses and state governments, today announced that it has retained Cannabis Global Initiative (CGI) to expand the reach of BioTrackTHC's cannabis tracking technology to new domestic and international regions.

"CGI and its president, Wanda James, are primary movers in this sector and we know that this agreement will bolster BioTrackTHC's already rapidly growing business," said Steven Siegel, CEO, BioTrackTHC. "In fact, just this week Wanda James was named as one of the 20 most influential people in the cannabis industry by International Business Times, a tremendous and well-deserved honor."

CGI is a comprehensive communications and marketing firm that specializes in results-oriented, political and strategic positioning. The company works with businesses, municipalities, policymakers, and other cannabis-related entities in local, national, and international markets.

CGI's team is highly specialized in all aspects of cannabis and has expert inside knowledge and experience on the regulatory framework which can be customized for most municipalities. Since 2009, the company has worked to bring regulation, decriminalization and retail sales to Colorado. We have been at the forefront of creating the laws and regulation surrounding medicinal, edible and now legal cannabis.

"The cannabis industry is this millennium's first business boom," said Wanda James, president, CGI. "Cannabis reform on a global level is giving opportunities to those who have vision, commitment and can form partnerships with other organizations that share the same values. BioTrackTHC is one of the companies whose values match CGI and that continually leads in technical development in tracking systems for the international industry."

BioTrackTHC's marijuana seed-to-sale Traceability System for government agencies is currently utilized by the state of Washington, and its marijuana seed-to-sale Enterprise System for businesses is currently used in more than 1,000 medical cannabis and recreational cannabis facilities in 18 states, Washington D.C., Canada, and South America. These technologies enable government agencies and businesses to track every plant and every gram of cannabis throughout the entire production lifecycle -- cultivation, harvest and cure, quality assurance testing, transportation, destruction, and sale -- bringing transparency, accountability, and meaningful insights to cannabis operations.

EXHIBIT
F

International Business Times named Wanda James as one of the 20 most influential people in the marijuana industry as chosen by their peers. The publication noted that the list represents the industry in advocacy, business and research, and is made up of people who those in the marijuana business say are driving the industry forward.

Visit www.biotrackthc.com to learn more about the company and http://www.cannabisglobal.org for CGI.

About BioTrackTHC
BioTrackTHC employs custom-made tracking software to ensure the most rigorous standards are met for the ever-evolving cannabis industry. BioTrackTHC is a member of the National Cannabis Chamber of Commerce. Visit www.BioTrackTHC.com for more information, email sales@biotrackthc.com or call 1-800-797-4711 FREE to order software.

Logo - http://photos.prnewswire.com/prnh/20131021/FL01138LOGO

BioTrackTHC Contact:
Phillip Bergman
philbergman@hotmail.com
845-728-3984
SOURCE BioTrackTHC


RELATED LINKS
http://www.biotrackthc.com

# April 23, 2015 email from Wanda James to Senator Mark Golding, Minister of Justice of Jamaica

**From**: Wanda James [mailto:wanda@cannabisglobal.org]
**Sent**: Thursday, April 23, 2015 01:42 PM US Eastern Standard Time
**To**: Mark Golding; Honourable Minister
**Subject**: FW: Approved Press Release: BioTrackTHC Wins New Mexico State Contract for Seed-to-Sale Tracking Software

Good afternoon Minister Golding,

BioTrackTHC is now officially in New Mexico. They have beaten Franwell in each of the states they have competed for the contracts. BioTrackTHC did not win Colorado because they were still testing their product when the Colorado RFP was presented. BioTrackTHC is now leading in tracking software for cannabis in the US.

Here are some recent news articles contrasting the data coming from the system BioTrackTHC developed for the State of Washington, against the data coming from Franwell's system for Colorado.

http://www.9news.com/story/news/investigations/2014/12/29/marijuana-contaminants-testing/21019837/

http://www.usatoday.com/story/news/nation/2014/12/18/washington-state-marijuana/20588285/

http://www.usatoday.com/story/news/nation/2014/11/24/colorado-marijuana-testing/19487517/



EXHIBIT
G
tabbies®

**Bist, Kevin**

| | |
|---|---|
| **From:** | Gary Greenwood <gary.greenwood@biotrackthc.com> |
| **Sent:** | Monday, January 26, 2015 1:10 PM |
| **To:** | Nelson, Patricia A |
| **Subject:** | Compassionate Use Rulemaking |

Dear Ms Nelson

It has come to our attention that the rulemaking panel (other than the Florida growers) is seated mainly by Colorado consultants. The Colorado Governor recently stated "that his state's decision to legalize marijuana was a "bad idea" highlighting the difficulties of creating a regulatory structure "from scratch". I would like to suggest that you watch the USATODAY investigation video below showing how two Colorado's Senators wish they had a regulatory system more like Washington State. I would strongly suggest you and the panel to duplicate Washington States succesful model rather than Colorado's inadequet system.

http://www.9news.com/story/news/investigations/2014/12/29/marijuana-contaminants-testing/21019837/



Gary Greenwood • EVP of Business Development & Government Affairs
3101 North Federal Highway, Suite 400, Fort Lauderdale, FL 33306
Web: http://www.BioTrackTHC.com • Phone: (954) 303-2270 • Fax: (954) 206-0200



EXHIBIT

H

1

# MECHANIK NUCCIO HEARNE & WESTER

A PROFESSIONAL ASSOCIATION

ATTORNEYS AND COUNSELORS AT LAW

INTERNET ADDRESS: http://www.floridalandlaw.com

**DOWNTOWN OFFICE:**
305 S. BOULEVARD
TAMPA, FLORIDA 33606-2150

TEL: (813) 276-1920
FAX: (813) 276-1550

**WILLIAM R. PAUL**
E-MAIL ADDRESS: wrp@floridalandlaw.com

**NORTH TAMPA OFFICE:**
18560 N. DALE MABRY HWY.
LUTZ, FLORIDA 33548-7900

TEL: (813) 968-1002
FAX: (813) 968-1502

**Please reply to Downtown Tampa Office.**

January 14, 2015

Via email to:
ceo@biotrackthc.com
Fax to (954) 206-0200, and
U.S. Postal Service to:
Steven Siegel
Co-Chief Executive Officer
Bio-Tech Medical Software, Inc.
d/b/a BioTrack THC
Suite 300
3101 N. Federal Highway
Fort Lauderdale, FL 33306

Via email to:
patrick.vo@biotrackthc.com
Fax to (954) 206-0200, and
U.S. Postal Service to:
Patrick Vo
Co-Chief Executive Officer and
Chief Operating Officer
Bio-Tech Medical Software, Inc.
d/b/a BioTrack THC
Suite 300
3101 N. Federal Highway
Fort Lauderdale, FL 33306

Re:  Our client, Franwell, Inc.

Gentlemen:

We represent Franwell, Inc. *("Franwell")* as its general counsel. We have become aware of emails, press releases, website notices, televised interviews, and other written and oral communications by and from Bio-Tech Medical Software, Inc. doing business under the trade name BioTrackTHC *(referred to below as both "Bio-Tech" and "BioTrack"),* and each of you with respect to BioTrack and its competitors *(including our client, Franwell).* There have been substantial and repeated claims and assertions by BioTrack and each of you that are false and grossly misleading with respect to BioTrack's capabilities, achievements, products, and services, as well as false, grossly misleading, and defamatory statements about Franwell and Franwell's products and services.

Most recently, we have been informed that you have directed emails and other written and oral communications to members of the Senate and House of Representatives of the State of Colorado and its Department of Revenue's Marijuana Enforcement Division *(the "MED")* with respect to the seed-to-sale tracking and reporting contract that Franwell has with Colorado acting by and through the MED, with respect to the MED's regulation of the marijuana industry *(the "Colorado Contract").* Your false, grossly misleading, and defamatory statements in those most recent occasions involve Franwell's web based reporting system for the MED, known as the *"METRC System"* that was previously known as the *"MITS System."*

Among the false and grossly misleading statements by BioTrack *(including those made specifically by you and other BioTrack representatives)* are the following:



EXHIBIT

I

Steven Siegel
Patrick Vo
BioTrackTHC
January 14, 2015
Page 2


1.     BioTrack in a December 13, 2013 Internet posting by Fox News of a television interview of Patrick Vo claimed to be the first marijuana seed-to-sale system in the United States and used a photo of the RFID bar code tags that Franwell had been using *(and continues to use)* in Colorado, as an indication of an element of the BioTrack seed-to-sale system.  As you know, Franwell's marijuana seed-to-sale tracking system for Colorado was developed prior to the time BioTrack developed a marijuana seed-to-sale tracking system for Washington State, and Franwell's system in Colorado was implemented prior to the time BioTrack's system was implemented in Washington State.

2.     The above false representation by you is not an isolated misrepresentation.  You have been quoted in the *Miami Herald* on multiple occasions as the *"first state seed-to-sale real-time monitoring system in the United States,"* including an Internet posting on July 8, 2014.  In a November 19, 2013 PRNewswire release you have stated *"BioTrackTHC Releases the World's First Official Seed-to-Sale Marijuana Traceability System"* and the *"State of Washington traceability system is built upon the solid BioTrackTHC platform, enabling the state's oversight and enforcement agency to be the first in the world to track marijuana through the entire supply chain from seed-to-sale."*  In a December 2, 2014 television interview on CCTV America and in an Internet posting of that interview, you have said that BioTrack *"will be the first cannabis seed-to-sale real-time monitoring system in the United States."*

3.     On virtually all uses of the BioTrackTHC logo you include under the name BioTrackTHC the words *"The Only Seed to Sale Solution."*  Similarly, on a substantial portion of the BioTrackTHC website pages, you state *"The industries only true seed-to-sale Medical Marijuana Software! BioTrackTHC was designed . . . ."*  In a February 13, 2013 PRNewswire release pertaining to your transactions with Medbox, you stated that your company *"Bio-Tech . . . has developed BioTrackTHC, the nation's only true marijuana seed-to-sale tracking system . . . ."*  These are grossly misleading and false statements.  When you made those statements and claims, you were well aware that Franwell provided and continues to provide a seed-to-sale solution to the State of Colorado and has been offering similar solutions to other states and countries where marijuana use has been legalized, in competition with you.  Further, we have been informed that the companies known as MJ Freeway, Adilas, Quantum 9, Agrisoft, MMJ Notes, and Proteus 420 offer seed-to-sale solution products and services and have been competing with you in that respect.

4.     In a 2014 BioTrackTHC posting on Crowdfunder.com, you have stated: *"The BioTrackTHC software platform is powering . . . more regulated marijuana dispensaries than any other software platform available today."*  Similarly, in a December 2, 2014 PRNewswire release, you say that BioTrackTHC is *"the most extensively-used seed-to-sale enterprise system in the marijuana industry . . . ."*  In support of such claims, BioTrack has said in a PRNewswire release that it is the *"world's largest Seed to Sale Solution deployed in more than 800 locations in 15 states, Washington, D.C., Canada, & South America."*  These claims are false, since Franwell's METRC System is operational in more than 2,200 locations, without including any state facilities of the Colorado Marijuana Enforcement Division.

5.     In your press release on your transactions with Medbox published in a February 14, 2013 article and Internet posting of the *Boston Business Journal*, you stated that *"Bio-Tech brings two distinct, patented technologies to the table: BioTrackTHC – a marijuana 'seed-to-sale' tracking system. . . . ."*  This is an absolutely false statement.  Bio-Tech has no such patent.  The BioTrackTHC marijuana seed-to-sale tracking system is not patented.

Steven Siegel
Patrick Vo
BioTrackTHC
January 14, 2015
Page 3

6.    In February and March 2014, two Franwell representatives heard directly from BioTrack IT Specialist Eddie Thomas, in a telephone conversation, false and disparaging allegations about Franwell and its MITS System *(now known as the METRC System)* when Mr. Thomas returned a telephone call to Cathy Jolley of Franwell.  Previously, Ms. Jolley had called BioTrack at the request of a Colorado licensee who was having difficulty importing daily sales data from the point of sale *("POS")* software it had purchased from Biotrack into the MITS System in order to resolve the issue.  Mr. Thomas, evidently thinking Ms. Jolley was employed by the Colorado licensee, told Ms. Jolley on the phone, while she was with another Franwell representative, Scott Denholm *(who heard the conversation)*, that *"Franwell continues to keep changing their import instructions and it has caused all kinds of problems."*  He went on to say that *"at least 6 or 7 times they changed it"* and that *"Franwell is not being supportive or providing documentation."*  None of those statements were true.  The problem for this licensee was caused by BioTrack itself incorrectly programming its POS software with respect to what items were to be measured on a "per unit" basis and what items were to be measured "by weight."  Those instructions and the MITS programming to process the data on that basis have never changed from the outset.

Following the above incident, Franwell representative Scott Denholm made three separate unsuccessful attempts to meet with Steven Siegel to resolve other unsubstantiated disparaging comments of a similar nature that Franwell had received on its support line.  Finally, in a telephone conversation, Patrick Vo acknowledged to Mr. Denholm that negative comments were being made by certain employees of Biotrack, that the primary person making those comments was no longer employed by Biotrack, and that he would discuss this with Eddie Thomas and the rest of the support team within Biotrack.

7.    Within the past month, Patrick Vo sent an email to the Director of the Colorado Marijuana Enforcement Division that included a copy of Mr. Vo's prior email memo to Colorado State Senator Owen Hill *(copying Steven Siegel and other persons)* which included the following statements by Mr. Vo regarding Franwell and the METRC System:

*"Colorado is neither capturing nor able to report on any meaningful marijuana industry data, medical or recreational.  Not only is the software system utilized by the Colorado Marijuana Enforcement Division (MED) wholly inadequate for tracking marijuana from seed-to-sale, computing tax obligations, etc., it is highly unlikely that it will be able to capture laboratory testing data even though the state started ordering testing in the Spring.*

*This is not the fault of the MED.  The MED awarded a contract for a marijuana tracking system before true marijuana seed-to-sale technology was available, and so the contract was awarded to a company that has zero experience in marijuana tracking.  As a result, Colorado has a system that cannot capture or produce the data the State needs to promote public safety, prevent diversion, enforce regulations, or collect taxes.  * * **

\*     \*     \*

*Per your discussion with Steven Siegel, CEO, we would be happy to have further discussions with you to see what can be done to possibly replace the current system with the proven system utilized by the State of Washington."*

Steven Siegel
Patrick Vo
BioTrackTHC
January 14, 2015
Page 4

Contrary to the above BioTrack allegations, the software program provided to Colorado has been capturing a wide array of meaningful industry data since December 2013. Colorado's METRC System tracks every event for every plant through harvest and every package through sale. The various types of marijuana testing functionality set by Colorado has been operational from the date of every deadline set by the State. The system captures test results in real time and automatically holds product from moving in the system until tests have been passed. Furthermore, the system requires that even the test packages be tracked in real-time and manifested. The system in its current form can calculate tax obligations.

When Colorado invited applicants to compete for the Colorado Contract, there were no such tracking providers for any governmental regulatory system in the United States. Colorado was the first such governmental authority to undertake any such tracking system. Prior to being awarded the Colorado Contract, Franwell had decades of experience in fresh food, pharmaceutical, and agricultural based supply chain tracking. No company offering marijuana tracking services today has been in the business of food substance tracking longer than Franwell, which began developing computer software program and radio frequency identification tracking solutions in 1993.

The METRC System has been carefully and substantially tracking marijuana cultivation, processing, and sale. Such tracking, by its very nature, limits any opportunity for diversion, promotes public safety, and creates a tool for enforcement of regulations and collection of taxes.

———————

The above cited statements by BioTrack and each of you that have been publically disseminated constitute false and misleading advertising, unfair competition, deceptive and unfair trade practices, and tortious interference with Franwell's business relationships. Further, such statements defame and disparage Franwell and the METRC System, and falsely tout and misrepresent the products, services, and accomplishments of BioTrack. Those actions, by each of you individually and as representatives of BioTrack, constitute tortious wrongs, which Franwell will not tolerate.

Consequently, on behalf of Franwell, we are notifying you as follows:

1.  We demand that you immediately cease and desist from making false, defamatory and disparaging statements about Franwell and the METRC System, as quoted above and in any other manner.

2.  We demand that you immediately cease and desist from falsely portraying to any current or potential contractor with Franwell or to the public, any aspects of the products, services, or accomplishments of BioTrack.

3.  We insist that you promptly send a retraction of the above specified false and grossly misleading statements that you made to (a) Colorado State Senator Owen Hill and forwarded to the Director of the Colorado MED, (b) any other legislators or officials of Colorado or any other state or governmental entity, (c) any MED officials, and (d) any other governmental officials.

Steven Siegel
Patrick Vo
BioTrackTHC
January 14, 2015
Page 5

4.  We demand that you immediately cease and desist from interfering with Franwell's Colorado
    Contract and the contractual relationship Franwell has with Colorado and the MED.

5.  We demand that you send us a confirmation that you are no longer making the above
    specified false and grossly misleading statements about **(a)** your products and services,
    **(b)** Franwell, and **(c)** the METRC System, or in any other manner.

If you do not cease and desist from the actions discussed above or we receive any reports that you
are continuing to engage in such conduct, or we do not promptly hear from you with respect to the
retraction and confirmation we have requested, we intend to pursue all available legal remedies, including
the filing of a lawsuit against BioTrack and each of you in your individual capacities, seeking both
injunctive relief and damages.

If we do not hear from you within the next five days, we will have no choice but to take all
necessary actions to protect our client's interests.

Sincerely,

William R. Paul, Esq.

Copies to: Jeffrey L. Wells
            J. Meredith Wester, Esq.
            Lewis Koski, Director, Colorado Marijuana Enforcement Division



3101 N. Federal Highway
Suite 400
Fort Lauderdale, FL 33306
800.797.4711

January 27, 2015

**VIA EMAIL:** wrp@floridalandlaw.com
Mr. William R. Paul Esq.
Mechanik Nuccio Hearne & Wester
305 S. Boulevard
Tampa, Florida 33606

Re: **Response to Letter Dated January 14, 2015**

Dear Mr. Paul,

We at Bio-Tech Medical Software, Inc. (**"BioTrackTHC"** or **"Bio-Tech"**), received your later dated January 14, 2015 regarding your client Franwell, Inc. (**"Franwell"**). Please find our detailed responses to your allegations and your demands below.

**Response to Allegation 1**

We suggest that you re-watch the Fox News segment to which you are referring (http://q13fox.com/2013/12/13/tracking-legal-pot-in-wa/), since none of your allegations regarding Mr. Vo's statesments appear to comport with the facts.

(A) At no point in the interview does Mr. Vo make any claim regarding whether the State of Colorado's METRC System or the State of Washington's Marijuana Traceability System was implemented first. If we are incorrect, please furnish us with substantiation of this allegation.

(B) At no point in the interview does Mr. Vo claim that RFID tags are an element of the BioTrackTHC™ System. If you have evidence to the contrary, kindly furnish us with same.

(C) What Fox News decided to use as B-roll to intercut with Mr. Vo's interview was entirely up to Fox News; no one at BioTrackTHC, including Mr. Vo, was aware of what Fox News would use until the clip aired.

**Response to Allegation 2**

(A) The referenced PRNewswire release dated November 19, 2013 that you incorrectly titled "BioTrackTHC Releases the World's First Official Seed-to-Sale Marijuana Traceability System" is actually titled "BioTrackTHC Releases the World's First Official Seed-to-Sale Marijuana Traceability System API". That last acronym that was ommitted in your letter is the direct object of the sentence ("API" stands for application programming interface), and BioTrackTHC stands behind the truth of that statement as actually published. BioTrackTHC did release the world's first official API for a seed-to-sale marijuana traceability system on November 18, 2013. As of the writing of this letter, to our knowledge, the Washington Traceability System API is the only official marijuana tracking API since Franwell has not released the METRC System's API documentation.

*Robust*          *Feature-Rich*          *Secure*

**EXHIBIT**
**J**



(B) The remaining examples provided are interview quotes that contain the adjective "real-time" (e.g., "first state seed-to-sale *real-time* monitoring system in the United States," and "will be the first cannabis seed-to-sale *real-time* monitoring system in the United States" [emphasis added]).

Fact: the METRC System is not a real-time system; licensees cannot generate new RFID tags on the fly, and because there is no offical API document, there exists no way for licensees to report all of their required data in real-time.

The Washington Traceability System, in contrast, is real-time; it assigns traceability identifiers to new inventory on the fly, allows real-time integration with third-party seed-to-sale and point-of-sale systems through the API for instant licensee reporting, and even provides real-time key event alerts (e.g., harvest events, transportation events, destruction events, etc.) to the Washington State Liquor Control Board. Because the BioTrackTHC™ Traceability System is real-time in all respects and the Franwell METRC System is not, it is wholly appropriate for anyone, including Mr. Vo, to describe the Washington Traceability System as the first cannabis seed-to-sale *real-time* monitoring system in the United States.

### Response to Allegation 3

BioTrackTHC's slogan is, "The Only Seed to Sale Solution". Disney's slogan is, "The Happiest Place on Earth." Fat Burger's slogan is, "The Last Great Hamburger Stand". BMW's slogan is, "The Ultimate Driving Machine." Budweiser's slogan is, "The King of Beers." Western Airlines' slogan was, "Western Airlines... the Only Way to Fly."

### Response to Allegation 4

In all of the quotes provided, the context is with respect to commercial business seed-to-sale software, which Franwell by its own admission does not provide (and so therefore would be operational in 0 locations). Business-level seed-to-sale software empower and enable businesses to keep internal records, prevent loss, record sales as the point-of-sale system, conduct email and social media marketing campaigns, and generate business-level reports for management decision-making. Franwell's METRC System and Washington's Traceability System are not business ERP systems; they are reporting systems for government agency oversight. As such, we stand behind our claims that BioTrackTHC™ is "the most extensively used seed-to-sale enterprise system in the marijuana industry."

### Response to Allegation 5

The *Boston Business Journal* article was not written by or paid for by Bio-Tech. Rather, the author of the article is Maureen McCarthy so please take this issue up with her since the quote, "Bio-Tech brings two distinct, patented technologies to the table: BioTrackTHC – a marijuana "seed-to-sale" tracking system..." is not attributable to anyone at Bio-Tech but is simply Ms. McCarthy's own representation. Bio-Tech holds two patents (US 8,086,470 and US 8,335,697) and components of the BioTrackTHC™ business system do utilize the technology protected by those patents. BioTrackTHC was not shown an advance copy of the article prior to its release.

*Robust*          *Feature-Rich*          *Secure*



**BioTrackTHC**
The Only Seed To Sole Solution

| *3101 N. Federal Highway*
*Suite 400*
*Fort Lauderdale, FL 33306*
*800.797.4711*

### Response to Allegation 6

Mr. Vo and Mr. Denholm did have a conversation regarding Eddie Thomas' alleged statements to Ms. Jolley. Because the conversation was not recorded, Mr. Vo could not and did not acknowledge whether negative comments were being made by certain employees of BioTrackTHC in relation to Franwell. Mr. Vo did acknowledge, however, that he would initiate discussions and training sessions with the BioTrackTHC technical support teams with respect to eliminating negativity and finger-pointing while on support calls. Mr. Vo affirms that these internal discussions and training sessions took place. Finally, Mr. Thomas' employment with BioTrackTHC was terminated some months ago.

### Response to Allegation 7

The term "meaningful industry data" is a relative term, and based on what BioTrackTHC knows about the METRC System—though conversations with Colorado marijuana businesses, demonstrations of METRC by marijuana business users, and the complete absence of data coming from the system as observed by Rep. Singer—BioTrackTHC stands by its belief that METRC is neither capturing nor able to report on meaningful industry data.

For example, with respect to testing functionality, as recently as January 13,2015, a Colorado licensee not only is able to sell product that has a Lab Testing status of "NotSubmitted", a Colorado licensee may ship product to another licensee that has a Lab Testing status of "NotSubmitted" and the receiving licensee may accept that product.



*Robust*          *Feature-Rich*          *Secure*



**3101 N. Federal Highway**
**Suite 400**
**Fort Lauderdale, FL 33306**
**800.797.4711**



## Response to Demands

Based on the foregoing:

(1) Franwell has not provided any evidence of BioTrackTHC making false, defamatory, or disparaging statements about Franwell or the METRC System.

(2) Franwell has not provided any evidence that BioTrackTHC portrays itself, its technology solutions, or its accomplishments falsely.

(3) BioTrackTHC shall not retract anything as it stands behind its expressed opinions.

(4) With respect to Franwell's contractual relationship with Colorado and the MED, BioTrackTHC simply informed the email recipient of something that is in the public domain, quoting Section 15. Part B. of Contract CMS # TAA 12/34445, nothing that constitutes as tortious interference.

(5) BioTrackTHC makes no false or grossly misleading statements about (a) BioTrackTHC's products and services, (b) Franwell, or (c) the METRC System.

Very Truly Yours,

BIO-TECH MEDICAL SOFTWARE. INC.

By: _____
      Patrick Vo, CFO

*Robust*         *Feature-Rich*        *Secure*