**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 15-CIV-61989-WPD**

FRANWELL, INC.,

Plaintiff,

v.

BIO-TECH MEDICAL SOFTWARE, INC.,
STEVEN SIEGEL and PATRICK VO,

Defendants.
_______________________________________________/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Pursuant to Federal Rule of Civil Procedure 41(b), a district court also may dismiss a complaint for failure to comply with a court order or the federal rules. *See id.*

On September 22, 2015, the Court issued an Order requiring the parties to submit a Joint Status Report on or before **October 1, 2015**, detailing an pending motions in this action and the status of such motions' briefing and bringing to the Court's attention any other pertinent matters upon transfer. The deadline has passed, and parties did not make the required filing. [DE 42]

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall comply with the Court's prior order [DE 42] on or before **October 12, 2015**. Failure to comply may result in the Court dismissing this action or other sanctions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of October 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record