UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**FRANWELL, INC.,**

**Plaintiff,**

**v.** **Case No. 15-CIV-61989-WPD**

**BIO-TECH MEDICAL SOFTWARE, INC., STEVEN SIEGEL, and PATRICK VO,**

**Defendants.**
________________________________________/

## JOINT STATUS REPORT

Plaintiff, Franwell, Inc. ***("Plaintiff")*** and Defendants' Bio-Tech Medical Software, Inc. d/b/a BioTrackTHC, Steven Siegel, and Patrick Vo ***(hereinafter collectively referred to as "Defendants")***, by and through their undersigned counsel and pursuant to the Court's Order Upon Transfer and Order to Show Cause, hereby submit their Joint Status Report and state:

1. On May 11, 2015, Plaintiff filed a Verified Complaint for Injunctive Relief and Damages.

2. Simultaneously with the filing of the Verified Complaint, Plaintiff filed a Motion for Preliminary Injunction.

3. Defendants filed a Motion to Dismiss and Supporting Memorandum of Law on June 29, 2015.

4. Plaintiff filed a Response in Opposition to Defendants' Motion to Dismiss and Supporting Memorandum of Law.

5. All the briefing for the Motion to Dismiss is completed.

6. Prior to this case being transferred, the Defendants have requested oral argument on the Motion to Dismiss.

7. The parties are in the process of preparing their initial disclosures pursuant to Federal Rule of Civil Procedure 26 and the Southern District of Florida Local Rule 16.1. On August 17, 2015, the parties filed a Joint Case Management Report, however, no order has been entered thereon.

8. Defendants have not yet filed a response to the Motion for Preliminary Injunction.

s/ J. Meredith Wester
**J. MEREDITH WESTER, ESQUIRE**
Florida Bar No. 881317
jmw@mechaniknuccio.com
**WILLIAM R. PAUL, ESQUIRE**
Florida Bar No. 301876
wrp@floridalandlaw.com
**MECHANIK NUCCIO HEARNE & WESTER, P.A.**
305 S. Boulevard
Tampa, Florida 33606
Telephone: (813) 968-1002
Facsimile: (813) 276-1560
*Attorneys for Plaintiff*

/s/ Lara S. Shiner
**DAVID I. SHINER, ESQUIRE**
Florida Bar No. 572721
david@incourt.com
**LARA S. SHINER, ESQUIRE**
Florida Bar No. 84680
lara@incourt.com
**SHINER LAW GROUP, P.A.**
95 South Federal Highway, Suite 200
Boca Raton, Florida 33432
Telephone: (561) 368-3363
Facsimile: (561) 368-3364
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Status Report has been furnished electronically via the Court's CM/ECF system to David I. Shiner, Esq. at david@incourt.com and Lara S. Shiner, Esq. at lara@incourt.com this 6th day of October 2015.

**J. MEREDITH WESTER**