UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  15-CIV-61989-WPD

FRANWELL, INC.,

       PLAINTIFF,

V.

BIO-TECH MEDICAL SOFTWARE, INC.
D/B/A BIOTRACKTHC,
STEVEN SIEGEL, AND PATRICK VO,

       DEFENDANTS.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS  BIO-TECH MEDICAL SOFTWARE, INC., D/B/A BIOTRACKTHC, STEVEN SIEGEL, AND PATRICK VO

Plaintiff Franwell, Inc., and Defendants Bio-Tech Medical Software, Inc., doing business as BioTrackTHC, Steven Siegel, and Patrick Vo hereby stipulate and agree that all of the claims in this action shall be dismissed with prejudice, with each party bearing their own costs and fees (including their own attorneys' fees).

Respectfully submitted,

/s/ J. Meredith Wester
**J. MEREDITH WESTER, ESQUIRE**
Florida Bar Number 0881317
jmw@mechaniknuccio.com
**MARSHA M. MOSES, ESQUIRE**
Florida Bar Number 0084925
mmm@mechaniknuccio.com
**MECHANIK NUCCIO**
**HEARNE & WESTER P.A.**
305 South Boulevard
Tampa, Florida 33606
Telephone: 813-968-1002
Facsimile: 813-276-1920
*Attorneys for Plaintiff Franwell, Inc.*

Dated:  January  / 8 , 2017

/s/ David I. Shiner
**DAVID I. SHINER, ESQUIRE**
Florida Bar Number 0572721
**LARA S. SHINER, ESQUIRE**
Florida Bar Number 0084680
**SHINER LAW GROUP, P.A.**
95 South Federal Highway, Suite 200
Boca Raton, Florida 33432
Telephone: (561) 368-3363
Facsimile: (561) 368-3364
Primary Email: Litigation@incourt.com
Secondary Emails: david@incourt.com and lara@incourt.com
*Attorneys for Defendants*